# ATTACHMENT 1

## COMPLAINT FORM

(for filers who are prisoners without lawyers)

DOC NO
REC'D/FILED

2017 MAR 13 AM 9: 14

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Lewis Edward Byrd III

vs

(Full name of defendant(s))

Vernon county Sheriff office - officer Brandon Krueger
Arnez and officer Todd ~~Romagnows~~

Case Number: 17 C 191 jdp

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   Vernon county Jail 1320 Bad Axe ct. Viroqua, WI. 54665
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant <u>Vernon County Sheriff office - officer Brandon Arnez and officer Todd Krueger</u>
(Name)

is (if a person or private corporation) a citizen of <u>Wisconson</u>
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Vernon County Sheriff office</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Vernon county Sheriff office violated my rights when officer Brandon Arnez used excessive force when he shot at me eleven(11) times. One bullet struck me in my left arm around the elbow. I was unarmed. Also when handcuffing me he broke my right arm so badly that I need surgery. Surgery that I keep being denied. I was not resisting arrest. This happened on Aug. 13, 2016 in Vernon county Wisconsin on Hwy 33 in the city of Hilsboro. Officer Todd Krueger rear ended my 2013 Lexus GS350 causing sever damage to it Right before officer Brandon arnez started shooting at me.

Attachment One (Complaint) – 2

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I seek Damages from the vernon county sheriffs office and officer Todd Krueger and officer Brandon Arnez for the use of unnecessary and excessive force and compensation for physical and mental injuries in the amount of 2.5 million dollars. And the damages to my 2013 Lexus GS350

E.  **JURY DEMAND**

☑  Jury Demand – I want a jury to hear my case
                    OR

☐  Court Trial – I want a judge to hear my case


Dated this ____9th____ day of ____march____ 20__17__.

Respectfully Submitted,

_____
Signature of Plaintiff

____181480974____
Plaintiff's Prisoner ID Number


Vernon County Jail

1320 Bad Axe Ct. Viroqua, WI 54665
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.