Lewis E. Byrd III
1320 Bad Axe Ct.
Viroqua, WI 54665

U.S. Courthouse
120 N. Henry St. Rm 320
Madison, WI. 53703

D420   LEGAL   3/10   D16

SENT FROM:
VERNON CO. DETENTION CENTER
1320 BAD AXE COURT
VIROQUA, WI 54665