DOC NO
REC'D/FILED

UNITED STATES DISTRICT COURT
FOR THE <u>Western</u> DISTRICT OF <u>Wisconsin</u>

2017 MAR 13 AM 9:14

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

<u>Lewis Edward Byrd III</u>
Full name of plaintiff(s)

Case No. **17 C 191**

v.

(Provided by the clerk of court)

<u>Vernon County Sheriff office - officer Brandon Arnez - officer Todd Krueger</u>
Full name of defendant(s)

## PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

Answer the following questions to the best of your ability.
**Note:** If you do not tell the truth, the court may dismiss your lawsuit.

I. **Personal Information**

1) Your name: <u>Lewis Edward Byrd III</u>

    (a) State the place of your incarceration and provide your prisoner identification number:

    <u>Vernon County Jail</u>      <u>1814B0974</u>
    (place)      (number)

    (b) Are you employed at the institution? ☐Yes ☑No

    (c) Do you receive any payment from the institution? ☐Yes ☑No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

Attachment One (Fee Request) – 1

2) Do you have any dependents that you are responsible for supporting?

☐ Yes   ☒ No

If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

II. **Property or Assets:** - If you are married, your answers must *include your spouse's property*.

1) Do you own a car?

☐ Yes   ☒ No          If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2) Do you own your home(s)?    ☐ Yes   ☒ No

If "Yes," state the approximate value(s). $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?    $ _____

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes   ☒ No

If "Yes," state the total of such sums.    $ _____

Attachment One (Fee Request) – 2

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes   ☑ No

If "Yes," describe the property and the approximate value(s).

_____

_____

### III. Litigation History

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**IV.** **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

_____

I, Lewis Edward Byrd III, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

3-9-17
Date

Lewis E Byrd III
**Signature - Signed Under Penalty of Perjury**