\*\*\* REPRINTED ON 03/10/2017 BY DDK \*\*\*

# Receivable Charge Receipt #Z7223

Vernon County Jail

11/30/2016 12:44:54
ST 026 | | OPR BAF

**BYRD III,**
  LEWIS EDWARD

Jail ID :            18148
Date of Birth :      06/22/1977
Location :

Jail Booking Fee -
            Old Bal    :         $0.00
            Charged    :      + $50.00
            Collected  :       - $0.00
            New Bal    :        $50.00
    Comment :
    Probation Hold (11/25/2016)

---

Total Collected :                $0.00


Signed: _____



*** REPRINTED ON 03/10/2017 BY DDK ***

# Receivable Charge
# Receipt #E58551

Vernon County Jail

12/06/2016 09:46:51
ST 005 | | OPR lmm

**BYRD III,**
LEWIS EDWARD

Jail ID :         18148
Date of Birth :   06/22/1977
Location :

Medical Expense -

        Old Bal    :        $0.00
        Charged    :      + $1.05
        Collected  :      - $0.00
        New Bal    :        $1.05

Comment :

OTC Wk 11/27/16
sopap,sham,tbrsh,tpste

---

Total Collected :                $0.00

Signed: _____



\*\*\* REPRINTED ON 03/10/2017 BY DDK \*\*\*

# Receivable Charge Receipt #E58645

Vernon County Jail
12/27/2016 09:21:20
ST 005                       | OPR Imm

**BYRD III,**
**LEWIS EDWARD**

| Jail ID : | 18148 |
|---|---|
| Date of Birth : | 06/22/1977 |
| Location : | |

Medical Expense -

| | Old Bal : | $1.05 |
|---|---|---|
| | Charged : | + $10.00 |
| | Collected : | - $0.00 |
| | New Bal : | $11.05 |

Comment : Doctor 12/22/16

---

Total Collected :                $0.00

Signed: _____



\*\*\* REPRINTED ON 03/10/2017 BY DDK \*\*\*

# Receivable Charge Receipt #E58653

Vernon County Jail

12/27/2016 09:37:17
ST 005 | | OPR lmm

**BYRD III,**
LEWIS EDWARD

Jail ID : 18148
Date of Birth : 06/22/1977
Location :

```
Medical Expense -
            Old Bal    :      $11.05
            Charged    :     + $5.00
            Collected  :     - $0.00
            New Bal    :      $16.05
     Comment : Gabapentin 12/22/16
```

Total Collected :                $0.00

Signed: _____

\*\*\* REPRINTED ON 03/10/2017 BY DDK \*\*\*

## Receivable Charge Receipt #E58679

Vernon County Jail

12/27/2016 10:07:44
ST 005                              OPR lmm

**BYRD III,**
LEWIS EDWARD

Jail ID :            18148
Date of Birth :      06/22/1977
Location :

Medical Expense -

| | | |
|---|---|---|
| Old Bal | : | $16.05 |
| Charged | : | + $0.50 |
| Collected | : | - $0.00 |
| New Bal | : | $16.55 |

Comment :

OTC Wk 12/18/16 acetaminophen

Total Collected :                    $0.00

Signed: _____

*** REPRINTED ON 03/10/2017 BY DDK ***

# Receivable Charge Receipt #E58704

Vernon County Jail

01/03/2017 11:15:15
ST 005 | | OPR lmm

**BYRD III,**
LEWIS EDWARD

Jail ID : 18148
Date of Birth : 06/22/1977
Location :

```
Medical Expense -
           Old Bal    :      $16.55
           Charged    :    + $5.00
           Collected  :    - $0.00
           New Bal    :      $21.55
      Comment : RX 12/16-31/16
```

Total Collected :  $0.00

Signed: _____

\*\*\* REPRINTED ON 03/10/2017 BY DDK \*\*\*

# Receivable Charge Receipt #E58722

Vernon County Jail

01/03/2017 11:33:49
ST 005 | | OPR lmm

**BYRD III,**
  LEWIS EDWARD

  Jail ID :          18148
  Date of Birth :    06/22/1977
  Location :

Medical Expense -
            Old Bal    :       $21.55
            Charged    :      + $0.35
            Collected  :      - $0.00
            New Bal    :       $21.90
      Comment :
      OTC Wk 12/25/16 shampoo, emry boards

Total Collected :                $0.00

Signed: _____

\*\*\* REPRINTED ON 03/10/2017 BY DDK \*\*\*

# Receivable Charge Receipt #E58746

Vernon County Jail

01/10/2017 09:40:44
ST 005                          | OPR lmm

**BYRD III,**
LEWIS EDWARD

Jail ID :           18148
Date of Birth :     06/22/1977
Location :

Medical Expense -

| | | |
|---|---|---|
| Old Bal | : | $21.90 |
| Charged | : | + $5.00 |
| Collected | : | - $0.00 |
| New Bal | : | $26.90 |

Comment :

RX 1/5/17 Gabapentin 600 mg

Medical Expense -

| | | |
|---|---|---|
| Old Bal | : | $26.90 |
| Charged | : | + $5.00 |
| Collected | : | - $0.00 |
| New Bal | : | $31.90 |

Comment :

RX 1/5/17 Gabapentin 300 mg

---

Total Collected. :              $0.00

Signed: _____

*** REPRINTED ON 03/10/2017 BY DDK ***

## Receivable Charge Receipt #Z7517

Vernon County Jail

01/12/2017 09:37:33
ST 026 | | OPR VMH

**BYRD III,**
LEWIS EDWARD

Jail ID : 18148
Date of Birth : 06/22/1977
Location :

```
Indigent Supplies -
            Old Bal    :        $0.00
            Charged    :      + $10.00
            Collected  :      -  $0.00
            New Bal    :       $10.00
    Comment : Haircit 1-11-17
```

Total Collected :            $0.00

Signed: _____

\*\*\* REPRINTED ON 03/10/2017 BY DDK \*\*\*

## Receivable Charge
## Receipt #E58788

Vernon County Jail

01/24/2017 09:36:18
ST 005 | | OPR lmm

**BYRD III,**
  LEWIS EDWARD

  Jail ID :           18148
  Date of Birth :     06/22/1977
  Location :

Medical Expense -
            Old Bal    :      $31.90
            Charged    :    + $10.00
            Collected  :    -  $0.00
            New Bal    :      $41.90
    Comment : Doctor visit 1/19/17

Total Collected :              $0.00

Signed: _____

*** REPRINTED ON 03/10/2017 BY DDK ***

## Receivable Charge
## Receipt #E59068

Vernon County Jail

01/31/2017 09:36:22
ST 005                    | OPR lmm

**BYRD III,**
  **LEWIS EDWARD**

  Jail ID :         18148
  Date of Birth :   06/22/1977
  Location :

Medical Expense -
          Old Bal    :      $41.90
          Charged    :    + $5.00
          Collected  :    - $0.00
          New Bal    :      $46.90
    Comment : Gabapentin 1/24/17

Total Collected :              $0.00

Signed: _____

\*\*\* REPRINTED ON 03/10/2017 BY DDK \*\*\*

# Receivable Charge Receipt #E59102

Vernon County Jail

02/07/2017 10:17:37
ST 005          |          | OPR lmm

**BYRD III,**
  LEWIS EDWARD

  Jail ID :         18148
  Date of Birth :   06/22/1977
  Location :

Medical Expense -
```
          Old Bal    :       $46.90
          Charged    :      + $0.15
          Collected  :      - $0.00
          New Bal    :       $47.05
    Comment : OTC Wk 1/30/17 soap
```
---

Total Collected :                $0.00




Signed: _____

*** REPRINTED ON 03/10/2017 BY DDK ***

## Receivable Charge Receipt #Z7689

Vernon County Jail

02/15/2017 14:13:07
ST 026 | | OPR VMH

**BYRD III,**
LEWIS EDWARD

Jail ID : 18148
Date of Birth : 06/22/1977
Location :

Indigent Supplies -

```
          Old Bal    :      $10.00
          Charged    :    + $10.00
          Collected  :     - $0.00
          New Bal    :      $20.00
    Comment : Haircut 2-15-2017
```

Total Collected :          $0.00

Signed: _____

*** REPRINTED ON 03/10/2017 BY DDK ***

## Intake Receipt #K7578

Vernon County Jail

11/25/2016 19:08:39
ST 011| CD 002|          | OPR SMOEN

**BYRD III,**
LEWIS EDWARD

Jail ID :           18148
Date of Birth :     06/22/1977
Location :

Open Amount   : $0.00

Cash

Signed: _____

This is my Account info ~~see these~~ and I swear that this is all true and correct.

County of Vernon ) SS
State of Wisconsin )

Subscribed and Sworn by Lewis E Byrd III       *Lewis E Byrd*
this 10th day of March, 2017.                  Lewis E. Byrd III
                                               3-10-17
Morgan C Ness
Morgan C. Ness
Notary
Commission expires 10/28/2020

[Notary seal: MORGAN C NESS, NOTARY PUBLIC, STATE OF WISCONSIN]