Lewis E Byrd III
1320 Bad Axe Ct.
Viroqua, WI. 54665

U.S. Court House
120 N. Henry St. Rm 320
Madison, WI. 53703

X-RAYED BY CSO WWI

✱ Legal mail

53703_2559 C090

BYRD LEGAL 3/21

SENT FROM:
VERNON CO. DETENTION CENTER
1320 BAD AXE COURT
VIROQUA, WI 54665