DOC NO
REC'D/FILED

2017 MAR 23 AM 9: 35

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Lewis E. Byrd III
1320 Bad Axe ct.
Viroqua, WI 54665

U.S. District court
120 N. Henry St. Rm 320
madison, WI 53703

TO court clerk:

Please find enclosed an amended copy of the suit case number 17-cv-191-Jdp. I had made an error in whitch police department officer Brandon Arnex worked for. I would like to file this new and amended copy in place of the old one.

Also you will find a copy of the responce I recieved from the Jail sgt. upon my request to him regarding a certified copy of my inmate trust account statements. I sent you what they have available to me. What I sent is the Jails equialent. They do show that I have had a zero balance and a deft amount to the Jail.

I have also enclosed a second lawsuit against the Jail to be filed.

Respectfully
Lewis Byrd