# Vernon County Detention Center

## Inmate Request Response

## Sergeant Michael Davig

---

**Inmate Name:** Lewis Byrd  **Request Date:** 3/17/17 & 3/18/17

**Re:** Medical  **Response Date:** 3/20/17

Mr. Byrd,

1. I was told you were given copies of all your transactions since being here. We do not have any "certified trust fund account statements".
2. We were told that your surgery was denied by the doctor in Minnesota Stillwater as an elective surgery. Your visit with the surgeon in Minnesota was cancelled. Since you are out on a writ from Minnesota we are following their recommendations regarding your surgery. We are complying with the ATP which is pain management.
3. You were seen at Gundersen Clinic on August 16, 2016 by Doctor Randy Mickelson. I do not recall the appointment; you would have to request medical records from them for any details about the appointment.

Sergeant Davig

*[Stamp: 2017 MAR 23 AM 9:36  PETER OPPENEER  CLERK US DIST COURT  WD OF WI  DOC NO REC'D/FILED]*