IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEWIS EDWARD BYRD, III,

    Plaintiff,

v.

HILLSBORO POLICE DEPT. OFFICER
BRANDEN ARNEZ,

    Defendant.

ORDER

Case No. 17-cv-191-jdp

LEWIS EDWARD BYRD, III,

    Plaintiff,

v.

VERNON COUNTY JAIL,

    Defendant.

ORDER

Case No. 17-cv-233-jdp

Plaintiff Lewis Edward Byrd, an inmate in the custody of the Vernon County Detention Center, has submitted an institutional equivalent of an account statement for the six month period preceding the filing of the complaints in support of his motion to proceed without prepayment of the filing fee. Using information for the relevant time period from plaintiff's account statement, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment for either of these cases. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee, but will not assess initial partial filing fees. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation for each case. *See* 28 U.S.C. § 1915A.

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaints to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motion filed by plaintiff Lewis Edward Byrd for leave to proceed without prepayment of the filing fee is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 28th day of March, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge