USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case: 3:17-cv-00191-jdp Document #: 11 Filed: 04/26/17 Page 1 of 2

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | | |
|---|---|---|
| PLAINTIFF: Lewis Edward Byrd, III | | COURT CASE NUMBER: 17-cv-191-jdp |
| DEFENDANT: Brandon Arnez | | TYPE OF PROCESS: CIVIL, summons and complaint |

Stamp: 2017 APR 26 AM 10:03 — PETER OPPENEER CLERK US DIST COURT WD OF WI

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Brandon Arnez
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Hillsboro Police Department, 123 Mechanic St, Hillsboro, WI 54634

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lewis Edward Byrd, III
Vernon County Detention Center
1320 Bad Axe Court
Viroqua, WI 54665

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: No

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Phone: (608) 489-2800

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
Jeanne Dried, deputy clerk
TELEPHONE NUMBER: 608-261-5724
DATE: 4/18/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1 | District of Origin No.: 90 | District to Serve No.: 90 | Signature of Authorized USMS Deputy or Clerk: M. Nowil | Date: 4/19/17

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): 
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 4/24/17 | Time: 10:10 [X] am [ ] pm
Signature of U.S. Marshal or Deputy: KT Hm 3009

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $260.00 | $100.58 | | $360.58 | | $0.00 |

REMARKS: 1 DUSM / 4 hrs / 188 miles
~~608-780-8726~~

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-191-jdp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brandon Arnez
was received by me on *(date)* 4/18/17 .

☒ I personally served the summons on the individual at *(place)* 123 Mechanic St. Hillsboro WI on *(date)* 4/24/17 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/24/17

Kent Halverson
Server's signature

Kent Halverson DUSM
Printed name and title

120 N Henry St Rm 440 Madison, WI
Server's address

Additional information regarding attempted service, etc: