Lewis Edward Byrd III
1320 Bad Axe Ct.
Viroqua, WI, 54665
5·1·2017

DOC NO
REC'D/FILED
2017 MAY -4 AM 9:22
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

United States District Court.
120 North Henry Street
Madison, WI. 53703

To whom it may concern,

I am writing in regards to case numbers 17-CV-191 and 17-CV-233. I am asking the court to please consider appointing me an attorney to help me with my civil suits. I need help with representation. So if you could please appoint a lawyer to my cases that would be great. Thank you. Because with my claims I don't know what direction I should go from here. With my claim against Vernon County yes my mail was tampered with and opened from a attorney Fitzpatrick, Skemp. Sgt. Davig said it was opened by the sheriff's office and was unread. He did not give me the names of the person or persons who opened my legal mail.

I also want to file a claim against the sheriff's office for miss information given about me during the time of my arrest. They said that my cars were stolen, and that I had saftey issues towards police for being compative and resisting. However I did have a out of state warrant for abscounding from parole But my cars 2013 Lexus or my 2007 Buick were not stolen and the saftey issues that they claimed to have on me they had my records mixed up with some one else named Darnell Marquette Edwards. I feel this bad information

contributed to the shooting and the assualtive behaviour of the arresting officers. I went to seek damages of $1 million. from the Vernon county Sheriffs Dept.
This happened on Aug. 13, 2016

Respectfully
Lewis E. Byrd III
*Lewis E. Byrd III*