Lewis Byrd
1320 Bad Axe ct?
Virogua, WI 54665

SAINT PAUL MN 550
02 MAY 2017 PM 4 L

FOREVER USA
Bank Swallow

United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, WI. 53703

53703-255995