## AFFIDAVIT OF SERVICE BY MAIL

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Peggy Chapman of the County of Anoka, the State of Minnesota, being duly sworn, says that on the 12th day of May, 2017, she served the annexed:

### Defendant's Answer

on the attorney(s) below-named in this action, by mailing each to said attorney thereof enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota directed to the following:

Lewis Edward Byrd, III
Vernon County Detention Center
1320 Bad Axe Court
Viroqua, WI 54665

I declare under penalty of perjury that everything I have stated in this document is true and correct.

s/Peggy Chapman
Peggy Chapman