United States District Court
Western District of Wisconsin
Judge's Chambers
120 North Henry Street
Madison, Wisconsin 53703

**OFFICIAL BUSINESS**

MILWAUKEE WI 532
18 JUL '17
PM 8 L

RETURN TO SENDER
NOT HERE



017H15562829
HASLER  $0.46⁰
07/18/2017
Mailed From 53703
US POSTAGE

Lewis Edward Byrd, III
#230502
Hennepin County Jail
401 S. Fourth
Minneapolis, MN 55415

NIXIE    553    42 1         2207/23/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 53703255999        *2525-07769-18-45