UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lewis Edward Byrd, III, | Civil Action No: 17-CV-191-JDP |
| Plaintiff, | |
| v. | **AFFIDAVIT OF JASON R. PROCHNOW** |
| Brandon Arenz, | |
| Defendant. | |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Jason R. Prochnow, being first duly sworn upon oath, states and alleges as follows:

1. I am one of the attorneys representing Defendant Brandon Arenz in the above-entitled matter. I submit this Affidavit in support of Defendant's motion for summary judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Criminal Complaint from Vernon County, Wisconsin, Case No. 16-CF-115.

3. Attached hereto as Exhibit 2 is a true and correct copy of relevant portions of the April 5, 2017 plea hearing in Vernon County, Wisconsin, Case No. 16-CF-115.

4.      Attached hereto as Exhibit 3 is a true and correct copy of relevant portions of the June 7, 2017 sentencing hearing in Vernon County, Wisconsin, Case No. 16-CF-115.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the register of actions for Hennepin County, Minnesota, Case No. 27-CR-08-4117.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Minnesota Department of Corrections offender locator report for Plaintiff Lewis Edward Byrd III.

7.      Attached hereto as Exhibit 6 are records from St. Joseph's Hospital in Hillsboro, Wisconsin pertaining to Plaintiff Lewis Edward Byrd III.

8.      Attached hereto as Exhibit 7 is a discharged summary from St. Joseph's hospital in Hillsboro, Wisconsin pertaining to Plaintiff Lewis Edward Byrd III.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Nick Pappas, M.D. & Joseph Bernstein, M.D., *Fractures in Brief: Radial Head Fractures*, 468 CLINICAL ORTHOPAEDICS & RELATED RESEARCH 914 (2010)

10.     Attached hereto as Exhibit 9 is a true and correct copy of a map of the area around Hillsboro, Wisconsin and Union Center, Wisconsin.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Jason R. Prochnow<br>
Jason R. Prochnow

Subscribed and sworn to before me
this 2nd day of November, 2017.


s/Peggy Chapman
Notary Public
My Commission Expires  Jan. 31, 2020