```
STATE OF WISCONSIN        CIRCUIT COURT        VERNON COUNTY
                            BRANCH 1
```

STATE OF WISCONSIN,

       Plaintiff,

                          SENTENCING HEARING

   vs.

                          Case No. 16-CF-115

LEWIS E. BYRD,

       Defendant.

BEFORE:    HONORABLE MICHAEL J. ROSBOROUGH
             Circuit Court Judge

DATE:      June 7, 2017

PLACE:     Vernon County Circuit Court, Branch 1
             Viroqua, Wisconsin

APPEARANCES:

Mr. Timothy Gaskell, District Attorney, appearing on behalf of the Plaintiff;

Mr. Jeffrey Mochalski, Attorney at Law, appearing on behalf of the Defendant;
Mr. Lewis Byrd, Defendant, appearing in person.

                    Geri Schrab, RPR, RMR
                District 7 Court Reporter
             LaCrosse County Courthouse
                  333 Vine Street
                LaCrosse, WI  54601

EXHIBIT 3

```
 1    fleeing an officer charges.  Since that time he was
 2    convicted of a -- looks like a first degree sexual
 3    assault case whereby he went to prison and had been
 4    incarcerated from November of 2006 until his release in
 5    June of 2015.
 6         Interesting that the alternate -- alternative PSI
 7    talks about that period of time, and it remarks that,
 8    quote, it is remarkable that once released Mr. Byrd was
 9    able to flourish for a time following that lengthy term
10    of imprisonment.
11         Well, about -- it appears that in May of 2016,
12    Mr. Byrd absconded from supervision out of the State of
13    Minnesota.  They didn't have any idea where he was.
14    There was a warrant out for him.
15         So Mr. Byrd flourished for about I guess 11
16    months before he absconded from supervision on a very
17    serious charge.  Then during the time that he is in
18    absconder status from May to August of last year, then
19    we have this incident in Vernon County.
20         And Mr. Byrd basically agrees with -- indicated
21    he agreed with the facts that are in the Complaint other
22    than he denied that he was traveling at a high rate of
23    speed.
24         The Criminal Complaint, your Honor -- I'm just
25    going to read a portion of it.  This is reference Deputy
```