Skip to Main Content Logout My Account Search Menu New Criminal/Traffic/Petty Search Refine Search Back                    Location : All MNCIS Sites - Case Search   Help

# REGISTER OF ACTIONS
## CASE NO. 27-CR-08-4117

| | | | |
|---|---|---|---|
| State of Minnesota vs LEWIS EDWARD BYRD | | § § § § § § | Case Type: **Crim/Traf Mandatory** <br> Date Filed: **01/25/2008** <br> Location: **Hennepin Criminal/Traffic/Petty Downtown** <br> Judicial Officer: **Klein, Joseph R.** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| **Defendant** | **BYRD, LEWIS EDWARD** <br> Bloomington, MN 55414 | Male <br> DOB: 06/22/1977 | **Lead Attorneys** <br> **ALAN D MARGOLES** <br> *Retained* <br> 651-690-1729(W) |
| **Jurisdiction** | The State of Minnesota | | **AMY ELIZABETH SWEASY** <br> 612-348-6552(W) |

### CASE INFORMATION

| Charges: BYRD, LEWIS EDWARD | Statute | Level | Date | Disposition | Level of Sentence |
|---|---|---|---|---|---|
| 1. Criminal Sexual Conduct-1st Degree (Not applicable - GOC) | 609.342.1(c) | Felony | 07/16/2005 | 02/23/2011 Convicted | 02/23/2011 Convicted of a Felony |
| 2. Criminal Sexual Conduct-1st Degree (Not applicable - GOC) | 609.342.1(e)(i) | Felony | 07/16/2005 | 02/23/2011 Convicted | |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

02/23/2011 **Disposition** (Judicial Officer: Klein, Joseph R.)
    1. Criminal Sexual Conduct-1st Degree (Not applicable - GOC)
        Convicted
    2. Criminal Sexual Conduct-1st Degree (Not applicable - GOC)
        Convicted

02/23/2011 **Sentenced** (Judicial Officer: Klein, Joseph R.)
    1. Criminal Sexual Conduct-1st Degree (Not applicable - GOC)
    07/16/2005 (FEL) 609.342.1(c) (6093421c)

    Commit to Commissioner of Corrections - Adult:
        MN Correctional Facility - St. Cloud 144 Mo
        Report on 02/23/2011 at 9:00 AM
        Credit for Time Served for 44 Mo
        Conditional Release After Confinement of 5 Yr
        Comment: Defendant has 1338, (43.98 months), days of jail credit. Fines/fees to be paid through prison earnings
        Status: Active 02/23/2011
    Fee Totals:

| | | |
|---|---|---|
| | Law Library Fees | $3.00 |
| | Victim Assist-Sheriff | $0.00 |
| | Crim/Traffic Surcharge | $72.00 |
| | Fee Totals $ | $75.00 |

    Condition - Adult:
        1. Supply DNA sample, 02/23/2011, Active 02/23/2011
        2. No use or possession of firearms or dangerous weapons, 02/23/2011, Active 02/23/2011
        3. Predatory offender registration required, Predatory offender register for life 02/23/2011, Active 02/23/2011
    Level of Sentence:
        Convicted of a Felony
    Concurrent/Consecutive:
        Concurrent
        Count: 2.

02/23/2011 **No sentence pronounced** (Judicial Officer: Klein, Joseph R.)
    2. Criminal Sexual Conduct-1st Degree (Not applicable - GOC)
    07/16/2005 (FEL) 609.342.1(e)(i) (6093421ei)

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/25/2008 | E-filed Comp-Warrant (Judicial Officer: Belois, Patricia L. ) |
| 01/25/2008 | Other Document |
| 01/25/2008 | Interim Condition for BYRD, LEWIS EDWARD <br> - No contact with victim(s) |
| 01/25/2008 | Warrant Issued |
| 02/12/2010 | Warrant Cleared by Wt Office |

EXHIBIT
4

| | |
|---|---|
| 02/16/2010 | **First Appearance** (1:30 PM) (Judicial Officer Zimmerman, Lloyd B.) |
| | Result: Held |
| 02/16/2010 | **Notice of Evidence and Identification Procedures** |
| 02/16/2010 | **Order for Conditional Release** (Judicial Officer: Zimmerman, Lloyd B. ) |
| 02/16/2010 | **Order Granting Public Defender** (Judicial Officer: Zimmerman, Lloyd B. ) |
| 02/16/2010 | **Request for Disclosure** |
| 02/16/2010 | **Interim Condition for BYRD, LEWIS EDWARD** |
| |    - Post bond |
| |      $150,000.00 |
| |    - Contact with probation |
| |    - No contact with victim(s) |
| |    - Remain law-abiding |
| |    - Make all future court appearances |
| 02/16/2010 | **Interim Condition for BYRD, LEWIS EDWARD** |
| |    - Post bond |
| |      $150,000.00 |
| |    - Contact with probation |
| |    - No contact with victim(s) |
| |    - Remain law-abiding |
| |    - Make all future court appearances |
| |    - No use or possession of firearms or dangerous weapons |
| 03/11/2010 | **Hearing** (1:30 PM) (Judicial Officer Wernick, Mark S.) |
| | Result: Held |
| 03/30/2010 | **Notice of Case Assignment** (Judicial Officer: Wernick, Mark S. ) |
| 04/07/2010 | **Settlement Conference** (9:00 AM) (Judicial Officer Cahill, Peter A.) |
| | Result: Held |
| 05/05/2010 | *CANCELED* **Scheduling Conference** (9:00 AM) (Judicial Officer Cahill, Peter A.) |
| |      *Other* |
| 05/05/2010 | **Certificate of Representation** |
| 05/05/2010 | **Motion** |
| 05/05/2010 | **Request for Disclosure** |
| 05/05/2010 | **Request for Continuance** |
| 05/10/2010 | **Hearing** (1:30 PM) (Judicial Officer Wernick, Mark S.) |
| | Result: Held |
| 05/10/2010 | **Request for Continuance** |
| 05/24/2010 | **Hearing** (1:30 PM) (Judicial Officer Wernick, Mark S.) |
| | Result: Held |
| 05/27/2010 | **Notice of Case Assignment** (Judicial Officer: Wernick, Mark S. ) |
| 06/02/2010 | **Scheduling Conference** (11:30 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 06/02/2010 | **Scheduling Order** (Judicial Officer: Klein, Joseph R. ) |
| 06/28/2010 | *CANCELED* **Jury Trial** (9:00 AM) (Judicial Officer Cahill, Peter A.) |
| |      *Other* |
| |        *06/28/2010 Reset by Court to 06/28/2010* |
| 08/17/2010 | **Notice of Motion and Motion** |
| 08/18/2010 | **Notice-Other** |
| 08/27/2010 | **Correspondence** |
| 08/27/2010 | **Motion** |
| 08/27/2010 | **Correspondence** |
| 08/27/2010 | **Notice of Motion and Motion** |
| 09/02/2010 | **Motion Hearing** (9:00 AM) (Judicial Officer Klein, Joseph R.) |
| |       *09/01/2010 Reset by Court to 09/02/2010* |
| | Result: Held |
| 09/09/2010 | **Other Document** |
| 09/13/2010 | **Omnibus Hearing** (8:30 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 09/17/2010 | **Motion to Amend** (Judicial Officer: Klein, Joseph R. ) |
| 09/20/2010 | **Order-Other** (Judicial Officer: Klein, Joseph R. ) |
| 09/20/2010 | **Correspondence** |
| 09/20/2010 | **Motion** |
| 09/21/2010 | *CANCELED* **Settlement Conference** (1:30 PM) (Judicial Officer Klein, Joseph R.) |
| |      *Other* |
| 09/21/2010 | **Hearing** (10:00 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 09/21/2010 | **Demand for Jury Trial** (Judicial Officer: Klein, Joseph R. ) |
| 09/21/2010 | **Demand-Speedy Trial** (Judicial Officer: Klein, Joseph R. ) |
| 09/21/2010 | **Scheduling Order** (Judicial Officer: Klein, Joseph R. ) |
| 09/23/2010 | **Memorandum** |
| 10/01/2010 | **Correspondence** |
| 10/01/2010 | **Other Document** |
| 10/01/2010 | **Order-Other** (Judicial Officer: Klein, Joseph R. ) |
| 10/29/2010 | **Memorandum** |
| 11/17/2010 | **Other Document** |
| 12/28/2010 | **Settlement Conference** (9:00 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 01/06/2011 | **Settlement Conference** (4:00 PM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 01/07/2011 | **Order Denying Motion** (Judicial Officer: Klein, Joseph R. ) |
| 01/10/2011 | **Voir Dire** (9:00 AM) (Judicial Officer Klein, Joseph R.) |
| |       *05/25/2010 Reset by Court to 09/27/2010* |
| |       *09/27/2010 Reset by Court to 01/10/2011* |
| |       *09/27/2010 Reset by Court to 09/27/2010* |

Result: Held
| 01/11/2011 | **Voir Dire** (9:00 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 01/12/2011 | **Voir Dire** (9:00 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 01/13/2011 | **Jury Trial** (9:00 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 01/14/2011 | **Jury Trial** (9:00 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 01/20/2011 | **Verdict** |
| 01/20/2011 | **Verdict** |
| 01/21/2011 | **Exhibit List** |
| 02/23/2011 | **Sentencing** (9:00 AM) (Judicial Officer Klein, Joseph R.) |
| | Result: Held |
| 02/23/2011 | **Interim Condition for BYRD, LEWIS EDWARD** |
| | - Post bond |
| | $150,000.00 |
| | - Contact with probation |
| | - No contact with victim(s) |
| | - Remain law-abiding |
| | - Make all future court appearances |
| | - No use or possession of firearms or dangerous weapons |
| 02/23/2011 | **Criminal Judgment and Warrant of Commitment** (Judicial Officer: Klein, Joseph R. ) |
| 02/24/2011 | **Felony Conviction Sent to Secretary of State** |
| 09/10/2012 | **Request for Transcript** |
| 09/10/2012 | **Request for Transcript** |
| 09/10/2012 | **Request for Transcript** |
| 09/13/2012 | **Statement of Mandatory Transcript Expenses** |
| 09/17/2012 | **Statement of Mandatory Transcript Expenses** |
| 09/17/2012 | **Transcript** |
| 10/02/2012 | **Request for Transcript** |
| 10/05/2012 | **Statement of Mandatory Transcript Expenses** |
| 10/17/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Certificate of Receipt of Transcript-Appellate Court** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 10/31/2012 | **Transcript** |
| 08/17/2016 | **Order-Other      Index # 1** |
| 08/17/2016 | **Order Sealing Record      Index # 2** (Judicial Officer: Klein, Joseph R. ) |
| 08/17/2016 | **Juror Supplemental Questionnaire(s) Form 50      Index # 3** |

---

**FINANCIAL INFORMATION**

**Defendant** BYRD, LEWIS EDWARD

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | 75.00 |
| Total Payments and Credits | | | 75.00 |
| **Balance Due as of 10/10/2017** | | | **0.00** |
| 02/24/2011 | Transaction Assessment | | 75.00 |
| 09/28/2012 | Mail Payment | Receipt # PSF27-2012-09434 | BYRD, LEWIS EDWARD | (8.61) |
| 01/14/2013 | Mail Payment | Receipt # PSF27-2013-00438 | BYRD, LEWIS EDWARD | (66.39) |