# ᗰᑎ DEPARTMENT OF CORRECTIONS

# Offender Locator

## Offender Information

 

## Demographic Information**

| | |
|---|---|
| **MNDOC Offender ID:** | 230502 |
| **Name:** | Lewis Edward Byrd |
| **Birth Date:** | 06/22/1977 |
| **Current Status:** | Under Intensive Supervised Release (http://www.doc.state.mn.us/PAGES/index.php/about/isr-program/) as of 06/19/2017. Currently with Hennepin Dept of Community Corrections, and in custody at a non-DOC facility. |
| **Sentence Date:** | 02/23/2011 |
| **Expiration Date:** | 09/26/2023 |
| **Agent:** | Gregory Fletcher (http://coms.doc.state.mn.us/comsrvdirnew/CSD_Detail.aspx?view=Employee&CSD=1414) |

## Current Offense Information

| | |
|---|---|
| **Highest Ranked Offense:** | Criminal Sexual Conduct |
| **Court File Number(s):** | Hennepin - 27CR084117 |

EXHIBIT 5

## Other Links

Go to MN Courts website (http://pa.courts.state.mn.us/default.aspx) to look up court case information (opens in a new window).

Go to BCA website (https://cch.state.mn.us/) to look up criminal history information (opens in a new window).

New Search (/PublicViewer/Home/Index)   Return to Search Results

\*\*For a more detailed explanation of an offender's current status, release date, or sentence information, please contact either the appropriate correctional facility or the department's central records unit at co-records.doc@state.mn.us (mailto:co-records.doc@state.mn.us)

Minnesota Department of Corrections (http://mn.gov/doc/)

1450 Energy Park Drive, Suite 200

Saint Paul, Minnesota 55108

Phone: 651-361-7200

Fax: 651-642-0223

Offender Records Information: co-records.doc@state.mn.us (mailto:co-records.doc@state.mn.us)