# GUNDERSEN
## ST. JOSEPH'S
## HOSPITAL AND CLINICS

Lewis Edward Byrd III
MRN: 000021258256

Department: St Joseph Emergency
Date of Visit: 8/13/2016

## Provider Name
The providers you were seen by have not been specified.

## Diagnoses

| Diagnosis | Description | Comment |
|---|---|---|
| MVA (motor vehicle accident) | MVA (motor vehicle accident) | |
| Closed fracture of head of right radius, initial encounter | Closed fracture of head of right radius, initial encounter | |
| Malingering | Malingering | |

## Discharge Instructions
Make appointment with Orthopedics in Lacrosse early next week.
608-775-2276

**GET HELP RIGHT AWAY IF:**
- Your cast or splint gets damaged or breaks.
- You have more pain or puffiness (*swelling*) than you did before getting the cast.
- You have severe pain when stretching your fingers.
- Your fingers or hand turn pale, blue, or become cold or lose feeling (*numb*).

## Follow-up Information
Follow up with ORTHOPAEDICS LACROSSE in 3 days.
Specialty: Orthopedic Surgery
Contact information:
  1900 South Avenue
  La Crosse Wisconsin 54601
  608-775-2276
Additional information:
  LA CROSSE CLINIC - LEVEL 2

## Follow Up Orders

| Ordered | Start | | Status | Ordering User |
|---|---|---|---|---|
| 08/14/16 0120 | 08/14/16 0000 | Consult To Orthopedic Surgery<br>Order Comments: Please note intra articular nature of fracture.<br>Reason for Orthopedic Consult?: Fracture<br>Body Location Affected?: Elbow<br>Affected body location laterality?: | Ordered | RADCLIFFE, NOEL A |


EXHIBIT 7

Sun Aug 14, 2016  1:47 AM

...dersen Health System

Byrd, Lewis Edward III (MR # 000021258256) DOB: 06/22/1977

## Follow Up Orders (continued)

| Ordered | Start | | Status | Ordering User |
|---|---|---|---|---|
| | | Right Provider: (Not yet assigned) | | |
| 08/13/16 2255 | Unscheduled | LAB HEP B SURFACE AGN | Ordered | RADCLIFFE, NOEL A |
| 08/13/16 2255 | Unscheduled | LAB HEPATITIS C ANTIBODY | Ordered | RADCLIFFE, NOEL A |
| 08/13/16 2255 | 08/13/16 0000 | LAB HIV 1,2 ANTIBODY Status: Canceled  I have reviewed the HIV testing information listed above with the patient?: YES | Canceled | RADCLIFFE, NOEL A |
| 08/13/16 2158 | Unscheduled | LAB HEP B SURFACE AGN | Ordered | RADCLIFFE, NOEL A |
| 08/13/16 2158 | Unscheduled | LAB HEPATITIS C ANTIBODY | Ordered | RADCLIFFE, NOEL A |
| 08/13/16 2158 | Unscheduled | LAB HIV 1,2 ANTIBODY  I have reviewed the HIV testing information listed above with the patient?: YES | Ordered | RADCLIFFE, NOEL A |

## Changes to your Medication(s) List

### Notice

No changes were made to your medicine(s) during this visit.

The list of your medications is included above on this sheet. If the list is not correct, please contact your doctor's office.

IMPORTANT: You were examined and treated today on an emergent or urgent basis. This was not a substitute for, or an effort to provide complete medical care. In most cases, you must let your doctor check you again. If a follow-up provider has been recommended for you, it is essential that you make or keep the arrangements for follow-up care. Tell your doctor about any new or lasting problems. A copy of the record is available to the staff that will provide follow-up care. If you had special tests, such as an EKG or x-rays, we will review them again within 24 hours. We will call you if there are any new suggestions.

The staff at St. Joseph's Health Services hope that you have had a good experience with us. After you leave, you should follow the instructions you have received. If you do not understand any of these instructions or have any questions and/or concerns, we would be happy to assist you. If symptoms reoccur or worsen, call the St. Joseph's Health Services Emergency/Urgent Care at 608-489-8200.

For emergent assistance, please call 911.

## MyCare Access Instructions

### Manage your care online.

Sun Aug 14, 2016  1:47 AM

Gundersen Health System

Byrd, Lewis Edward III (MR # 000021258256) DOB: 06/22/1977                                             Page 3 of 5

## MyCare Access Instructions (continued)

### Sign up for MyCare today using this secure access code.
- Send messages to your doctor
- View test results
- Renew prescriptions
- Schedule appointments
- Once you've registered, you can download an app to access MyCare from your phone or tablet
- And more

### How Do I Sign Up?
- Go to https://mycare.gundersenhealth.org
- Click on the **Sign Up Now** link under New User.
- Enter your MyCare Access Code exactly as it appears below. You will not need to use this code after you have completed the sign-up process. If you do not sign up before the expiration date, you must request a new code.

**MyCare Access Code: 4NTC5-VMDTP-J9TPT**
**Expires: 10/13/2016 1:24 AM**

### Additional Information
Email: mycare@gundersenhealth.org
1-800-362-9567 x50303
MyCare is NOT to be used for urgent needs. For medical emergencies, dial 911.

---

Gundersen St. Joseph's Hospital And Clinics
400 Water Ave • Hillsboro, Wisconsin 54634 • 608-489-8000 • www.gundersenhealth.org/st-josephs

## Future visits

### Please bring these to your next visit:
- All current medicine(s) in original boxes, bottles and vials
- Insurance card
- Photo ID card

To change or cancel, please call 2 days (48 hours) before the scheduled time.

Sun Aug 14, 2016 1:47 AM                                                                 Gundersen Health System

Byrd, Lewis Edward III (MR # 000021258256) DOB: 06/22/1977
**Additional Discharge Instructions**

Page 4 of 5

# Radial Head Fracture

A radial head fracture is a break of the radius bone in the forearm. The radial head is the part of the bone near the elbow. These breaks often happen during a fall when you land on the outstretched arm.

## HOME CARE

- Raise (*elevate*) the injured part while sitting or lying down.
- Put ice on the injured area.
    - Put ice in a plastic bag.
    - Place a towel between your skin and the bag.
    - Leave the ice on for 15-20 minutes, 03-04 times a day.
- Move your fingers.
- If you have a **plaster or fiberglass cast:**
    - **Do not** try to scratch the skin under the cast.
    - Check the skin around the cast every day. Put lotion on any red or sore areas if needed.
    - Keep your cast dry and clean.
- If you have a **plaster splint:**
    - Wear the splint as told.
    - Loosen the elastic around the splint if your fingers become numb, tingle, or turn cold or blue.
- **Do not** put pressure on any part of your cast or splint. Rest your cast on a pillow for the first 24 hours.
- Protect your cast or splint during bathing with a plastic bag. **Do not** put the cast or splint in water.
- Only take medicine as told by your doctor.
- Follow up with your doctor. **This is important.**
- **Do not** over do exercises.

## GET HELP RIGHT AWAY IF:

- Your cast or splint gets damaged or breaks.
- You have more pain or puffiness (*swelling*) than you did before getting the cast.
- You have severe pain when stretching your fingers.
- There is a bad smell, new stains or yellowish white fluid (*pus*) coming from under the cast.
- Your fingers or hand turn pale, blue, or become cold or lose feeling (*numb*).

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/06/2010 Document Revised: 03/11/2013 Document Reviewed: 12/06/2010
ExitCare® Patient Information ©2015 ExitCare, LLC.

Sun Aug 14, 2016 1:47 AM

Gundersen Health System

Byrd, Lewis Edward III (MR # 000021258256) DOB: 06/22/1977
**Additional Discharge Instructions (continued)**