UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lewis Edward Byrd, III, | Civil Action No: 17-CV-191-JDP |
| Plaintiff, | |
| v. | **AFFIDAVIT OF TODD KRUGER** |
| Brandon Arenz, | |
| Defendant. | |

STATE OF WISCONSIN )
) ss.
COUNTY OF JUNEAU )

Todd Kruger, being first duly sworn upon oath, states and alleges as follows:

1. I am a police officer with the Elroy Police Department and I am submitting this affidavit in support of Defendant Brandon Arenz's motion for summary judgment in the above-captioned matter.

2. Attached hereto as Exhibit 1 are true and correct copies of photos of the property damage caused to the squad car I was driving on August 13, 2016 during the high-speed chase that Plaintiff Lewis Edward Byrd, III initiated.

3. The property damage shown in Exhibit 1 did not exist before the collision with Byrd's vehicle and was sustained when Byrd put his vehicle into reverse and collided with the squad car that I was driving.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
TODD KRUGER

Subscribed and sworn to before me
this  3/st  day of  October , 2017.

_____
Notary Public
My Commission Expires  10-26-18

[Notary Seal: SANDY L. KRIESE, NOTARY PUBLIC, STATE OF WISCONSIN]