UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

Lewis Edward Byrd, III,                    Civil Action No: 17-CV-191-JDP

        Plaintiff,

v.                                         **AMENDED CERTIFICATE OF
SERVICE**

Brandon Arenz,

        Defendant.

---

Jason R. Prochnow, County of Hennepin, in the State of Minnesota, being duly

sworn, says that on November 3, 2017, he caused the following document(s):

1. Defendant's Motion for Summary Judgment;
2. Defendant's Brief in Support of Motion for Summary Judgment;
3. Affidavit of Todd Kruger;
4. Affidavit of Jason R. Prochnow; and
5. Defendant's Proposed Findings of Fact in Support of Motion for Summary Judgment.

and the Notice of Electronic Filing to be both electronically and mailed by First-Class

Mail, postage prepaid and emailed, to the following non CM/ECF participants:

Lewis Edward Byrd, III
#657840
Oshkosh Correctional Institution
P. O. Box 3310
Oshkosh, WI 54903

Dated:        11/6/17                              Lind, Jensen, Sullivan & Peterson
                                                   A Professional Association


                                                   s/Jason R. Prochnow
                                                   Jason R. Prochnow #1034213
                                                   Attorneys for Defendant

                                                   1300 AT&T Tower
                                                   901 Marquette Avenue South
                                                   Minneapolis, Minnesota  55402
                                                   (612) 333-3637
                                                   jason.prochnow@lindjensen.com

2