Lewis E. Byrd
#657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI. 54903
11·6·17

DOC NO
REC'D/FILED
2017 NOV -9 PM 12:47
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Office of the Clerk
United States District Court
120 North Henry Street, Rm 320
Madison, WI. 53703

RE: 17-CV-00191-JdP Byrd, Lewis V. Arnez, Brandon.

Dear Office of the Clerk,

Today 11·6·17 I recieved a letter from your office stating that my brief in opposition to the Defendents Summary Judgment is Due 12/4/17. However, I never recieved a Summary Judgment from the Defendent on case # 17-CV-00191-JdP. Byrd V. Arnez.

I only recieved Summary Judgment on case # 17-CV-00233-JdP. Byrd V. Vernon County.

How can I write a response on case # 17-CV-00191-JdP when I have not recieved the Summary Judgment? The Document that I recieved today 11·6·17 says that I have til 12/4/2017 to respond. My time to respond is already counting and I do not have the Summary to reply to.

Please look into this most urgent issue.

Respectfully
Lewis E. Byrd III
Lewis E. Byrd III