Lewis E. Byrd
#657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI. 54309
11·8·17

DOC NO
REC'D/FILED
2017 NOV 13 PM 2:24
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

U.S. District Court
120 North Henry Street, Rm 320
Madison, WI. 53703.

To whom it may concern:

    On 11·6·17 I contacted the court regarding case No. 17-CV-191-JdP. Byrd-v-Arnez. Stating that I have not recieved a summary judgment from them and then the defendents lawyers asking for my response. On 11·7·17 at 6pm I recieved the summary judgment. There must of been some delay in the prisons delievery of my legal mail. However I did recieve it and wanted to notify the court of that.

    I did also want to address to the court. According to the courts scheduling, the summary judgment is not due til march 9, 2018. Why are the defendents filing so early? I am in the middle of responding to the summary judgment for case No. 17-CV-233-JdP. I feel they maybe trying to overlap the two cases on purpose. How are the defendents able to file summary judgment so early ahead of the courts scheduling docet?

Respectfully,
Lewis E. Byrd III
Lewis E Byrd III