Lewis Byrd
#657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh WI 54903

U.S. District Court
120 North Henry Street, Rm 320
Madison, WI. 53703