**Office of the Clerk**
United States District Court Western District of Wisconsin
120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

November 14, 2017

Lewis Edward Byrd, III #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903-3530

      RE:   *Lewis Byrd v. Brandon Arnez*, 17-cv-191-jdp

Dear Mr. Byrd:

      This will acknowledge receipt of your letter dated November 8, 2017, in which you provide confirmation of receipt of defendant's motion for summary judgment (dkt. #23) and inquire as to how defendant is able to file his motion for summary judgment before the March 8 dispositive motion deadline in this case.

      As for your inquiry on how defendant is able to file a motion for summary judgment before the March 9 dispositive motion deadline, please be advised that Rule 56 of the Federal Rules Civil Procedure allows a party to move for summary judgment at any time until 30 days after the close of all discovery unless the court orders otherwise. In this case, a party may move for summary judgment on or before the March 9 dispositive motions deadline, which is the deadline the court set in the pretrial conference order entered on June 26, 2017. For more information regarding motions for summary judgment, please refer to Fed. R. Civ. P. 56 and the court's written summary judgment procedures attached to the June 26 pretrial conference order.

                              PETER OPPENEER, Clerk of Court,

                              By:___/s/_____
                                  Deputy Clerk

cc:     Attorney Jason Prochnow (via CM/ECF)