Lewis E. Byrd III
#637896
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh WI 54903
11.12.17

U.S. District Court
120 North Henry Street, Rm 320
Madison WI 53703

RE: Case No. 17-cv-191-jdp  Byrd v. Arnez.

Dear Courts,

I'am requesting an attorny to help me with this case. This case is too complicated for me to handle. I do not have the education or the resourses to represent my self. I can not contact expert witnessess, I can't get police body camera video, dash cam video or track down potential witnesses, I can't contact officer Arnez's police trainer or his training records, I can't get photographs of my car and the bullet holes, I need help please appoint me councel to help me with this very complicated case that is far beyond my educational quifications.

Respectfully
Lewis Byrd
*Lewis Byrd*