Lewis Byrd
#657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903

MILWAUKEE WI 530
13 NOV 2017 PM 4    FOREVER USA
Barn Swallow

U.S. District Court
120 North Henry Street, Rm 320
Madison, WI. 53703

53703-255995