Exhibit 1

Aug. 16. 2016 10:27AM    Vernon Co Sheriff's Department                        No. 5383    P. 1

RECEIVED
AUG 16 2016
DISTRICT ATTORNEY
COUNTY OF VERNON

## CASE SUPPLEMENTAL REPORT
### NOT SUPERVISOR APPROVED

Printed: 08/16/2016 10:31

**Vernon County Sheriff's Office**

OCA: 160810

THE INFORMATION BELOW IS CONFIDENTIAL. FOR USE BY AUTHORIZED PERSONNEL ONLY.

| | |
|---|---|
| Case Status: *CLEARED BY ARREST* | Case Mng Status: *ARREST MADE, CASE* |
| Offense: *ASSIST OUTSIDE AGENCY* | Occured: *08/13/2016* |

| | |
|---|---|
| Investigator: ZIRK, WILLIAM E (25) | Date / Time: *08/13/2016 08:50:37, Saturday* |
| Supervisor: *(0)* | Supervisor Review Date / Time: *NOT REVIEWED* |
| Contact: | Reference: *Assisting Officer Report* |

This report concerns assisting an outside agency, the Juneau County Sheriff's Department, with a vehicle pursuit.

On August 13, 2016 at approximately 6:25 PM, the Vernon County Sheriff's Office received a request from the Juneau County Sheriff's Department, asking if we could assist in a vehicle pursuit. The information given was the suspect vehicle was a red Buick with Minnesota license plate number 370KTR. There was limited information at that time. Originally, the information given was the vehicle was stolen and we should use extreme caution concerning the driver, as he had made threats toward law enforcement, as well as resisting.

Hillsboro Police Sgt. Pat Clark and I were dispatched from the Hillsboro Fireman's Park to the Union Center area where the Juneau County Sheriff's Department requested we set up road spikes. At that time they were in pursuit of the vehicle going southbound on State Highway 80 toward Elroy, WI.

Sgt. Clark and I arrived in Union Center, WI at approximately 6:30 PM. As we set up for road spikes Juneau County called and advised they lost contact with the vehicle and were still searching for it. A short time later, they received information they were now pursuing the vehicle and traveling north back toward New Lisbon, WI. They requested we stand-by until further information was available.

At 6:47 PM, the Juneau County Sheriff's Department contacted the Vernon County Sheriff's Office Dispatch Center and advised the vehicle they were pursuing north toward New Lisbon was not the suspect vehicle and they lost the suspect vehicle. They told us we could clear and return to Hillsboro, WI.

At 7:03 PM, Juneau County contacted Vernon County Dispatch again. They stated the suspect vehicle had been located in Elroy, WI. The Elroy Officer was requesting assistance before he attempted to stop the vehicle. I was dispatched to the Elroy area and responded. I stopped in Union Center, as information given was the Elroy Officer was following the vehicle southbound on State Highway 80 toward Union Center out of Elroy.

At 7:05 PM, I notified Vernon County Dispatch that I would be setting up road spikes just north of the Village of Union Center on State Highway 80. I angled my vehicle in the northbound lane, exited my vehicle, got the spike strips, and at that time Juneau County contacted Vernon County and advised they did not want the vehicle spiked. They said the traffic stop had not been initiated yet and the Elroy Officer was waiting for additional units prior to initiating the stop. Again, they reiterated they did not want road spikes used at this time on the suspect vehicle. I put the spikes back in my squad car and got back into my squad car.

I saw a vehicle traveling southbound in the distance. It was the Elroy Police Officer activating his emergency lights. There were two vehicles between me and the Elroy Officer's squad car, a white car that was believed to be uninvolved. I then saw a red vehicle matching the description given. The white vehicle passed by my location and I still had my