Exhibit 3

## HILLSBORO POLICE DEPARTMENT

## OFFICER REPORT

**Investigating Officer:** Officer Grover Wooten

**Case Number:** 16-0304

**Date:** 8/15/2016

**Location of Occurrence:** Hwy 33 Near Hillsboro Equipment Vernon County Wi, Hillsboro Township

**Offense Type:** Pursuit of Fleeing Felon

**Date and Time of Occurrence:** 8/13/2016 at approximately 1900 hrs

**Video/Audio:** Squad Video

**Involvement Status:** Suspect: Edward Lewis Byrd III    1977; 152 W 97th St Bloomington MN 55420

### Summary

On 8/13/2016 I had just come on duty when I learned of a suspect fleeing deputies in the area. At approximately 1900 hrs, I was dispatched to assist in the apprehension of the suspect fleeing from Juneau County towards Union Center from Elroy. I was responding with lights and siren activated and I was nearing Union Center when I heard Deputy Zirk radio that a wreck had occurred during the pursuit. It was unknown to me who was involved in the wreck and if there were injuries. Upon entering Union Center I saw that a Vernon County Squad had struck a four door Lincoln in the driver's side. Deputy Zirk was out of his vehicle and stated that he and the occupants of the Lincoln did not need my assistance. Deputy Zirk stated that the suspect was fleeing towards Hillsboro, west on Hwy 33.

I followed the pursuit toward Hillsboro. I could only hear part of what Officer Arenz was relaying over the radio to dispatch, but I understood that the suspect vehicle and Officer Arenz were somewhere near County Hwy WW. As I was traveling to that location, I heard Officer Arenz call over the radio, "Shots fired" and "He tried to run me over." When I located Officer Arenz' squad and the suspect vehicle, they were parked and unoccupied. Bystanders stated that the suspect had fled on foot into the swamp on the opposite side of the road.

I parked my vehicle and proceeded on foot to search for Officer Arenz and the suspect. As I started down the embankment, I saw that Officer Arenz was handcuffing the suspect on the ground. Other law enforcement officers arrived on the scene at this time. As Officer Arenz assisted the suspect to his feet, Officer Arenz told me to request EMS. As Officer Arenz escorted the suspect up to the roadway, I asked Officer Arenz if the suspect was shot. Arenz stated that he did not know what injuries the suspect had. I could see blood on the suspect's

GJ 085

elbow. Officer Arenz transferred custody of the suspect to a deputy and I radioed dispatch and requested an ambulance.

Dispatch informed me that they had a report of an injured officer. I asked a nearby deputy who was injured and the deputy stated that Officer Kreuger was injured in a crash with the suspect and was in the back of a sheriff's vehicle. I located Officer Kreuger and requested a second ambulance for him. Officer Kreuger asked me to go to Hillsboro Equipment and secure his squad. I informed the deputies on scene that I needed to secure the vehicle. They stated that they would handle securing the scene.

I secured the damaged Elroy Police Department squad and returned to the scene where I was met by Sgt. Clark. I turned the key to the Elroy Squad over the Sgt Clark and Sgt Clark reassigned me to traffic control at Lake St. and School Rd.

## END OF REPORT

ALL INFORMATION LOCATED IN THIS REPORT I BELIEVE TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

Officer Grover M. Wooten #176
Hillsboro Police Department

UU 084