Exhibit 4

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*                    Printed 08/16/2016 10:31

**Vernon County Sheriff's Office**                                  OCA: **160810**

*THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY*

Case Status: **CLEARED BY ARREST**    Case Mng Status: **ARREST MADE, CASE**    Occured: **08/13/2016**

Offense: **ASSIST OUTSIDE AGENCY**

Investigator: **ZIRK, WILLIAM E   (25)**        Date / Time: **08/13/2016 08:50:37, Saturday**

Supervisor: **(0)**                             Supervisor Review Date / Time: **NOT REVIEWED**

Contact:   [handwritten: Nana and Dana my Grandmother]

Reference: *Assisting Officer Report*

[handwritten across top: I was just rear ended severe damage was done to my car I was hurt]

continued to complain of pain in all areas of his body. Lewis continued to complain of injuries and requested we contact Dana, who he said was his girlfriend. Lewis wanted his family notified immediately so they could come and pick him up. Despite explaining to him several times that he was in custody and would be going to jail, he did not feel there was any reason why he was being arrested. Lewis complained of being thrown to the ground too hard and injuring his arm. The suspect complained of having bruises on his face, however he was never in a position to have a mirror or be able to see any bruising. He said there was gravel stuck in his face and lacerations. This was not true. [handwritten: minor] The doctor examined his face, cheeks, and head very thoroughly and found only some minor abrasions with absolutely [handwritten: by his] no debris in them. Through the x-rays it was decidedly determined Lewis had a small bone chip broken off of his right elbow. It did not require immediate surgery. The doctor attempted to splint Lewis' arm and he became very argumentative and yelled he was refusing all medical care. The doctor was able to get the splint put in place. Lewis called the doctor some names and at that time she said she was finished with his exam and he was free to go to jail.

[handwritten: I called her noel her first name.]

Chief Tom Richardson and I escorted the suspect, Lewis B. Byrd, to Vernon County Deputy Mark Bellacero's squad car. Lewis was secured in the rear passenger side seat. At 1:00 PM, Deputy Bellacero transported Lewis back to the Vernon County Detention Center and I followed in my squad car. [handwritten: later reports would ... ...]

At 1:06 AM, we arrived at the detention center. I assisted in escorting Lewis Byrd into jail where he was turned over to correctional staff. The Booking Forms were completed. Deputy Bellacero and I cleared from the jail.

---End of report---

[handwritten margin notes on left: But there was enough blood or you can call razors only one cop brought me to jail]

[handwritten bottom right:
So I had
Been shot or had my
Blood on him enough to send
him to the hospital to get
checked, I had broken arm,
abrasions on my face, and was
shot at 11 times.]

DEPUTY SHERIFF WILLIAM ZIRK
VERNON COUNTY SHERIFF'S OFFICE