Exhibits

The suspect vehicle pulled out s/b Main St. in front of me. I confirmed the Mn Plate and that it was a Mrn Lexus, I then followed suspect vehicle s/b Main St. on to S. Main St., still s/b past the fairgrounds still s/b onto Hwy 80

Suspect vehicle proceeded s/b Hwy 80, past Lumsden Rd., I then advised dispatch, I was still following suspect vehicle but not initiating a stop until I had more cars in the area.

I followed suspect vehicle s/b Hwy 80 past Snyder Rd. towards Union Center and advised dispatch that I still was not going to initiate a stop due to the narrow road and until I had more cars in the area.

*[handwritten margin note: Not lights or sirens]*

As I came to a bend in Hwy 80, I was still behind suspect vehicle, I told dispatch I was backing off a bit. Just as I rounded the bend in road, JUSO Dispatch advised to go ahead and initiate the stop, as Vernon County was just north of Union Center on Hwy 80. As I got around the bend in the road, I could see a Vernon County Squad on Hwy 80, just north of Union Center Kwik Trip, with its overhead lights on. I activated my overhead lights.

After activating my overhead lights, I saw suspect vehicle proceed s/b Hwy 80 for a bit, then before entering the village of Union Center, the suspect vehicle pulled to the side of the road. Anticipating an armed confrontation or a U-turn, I slowed and moved over in my lane towards the West ditch. I then saw the suspect vehicle proceed s/b half on the roadway and half on the gravel shoulder. The suspect vehicle then sped up and pulled onto the road and proceeded s/b towards intersection on Hwy 80 at Hwy 33 in Union Center.

I backed off more in anticipation Vernon county squad would pull in front of me between me and the suspect vehicle, which he did. I then saw the suspect vehicle speed up and pull to the right of the island in the intersection w/b towards Hillsboro and the Vernon County squad pursued. I advised dispatch this was now a high speed pursuit, Vernon County was primary and I would call it.

As I got closer to the intersection, I saw that a e/b vehicle had been side-wiped. I was unsure if the suspect vehicle had done this or the Vernon County Squad. I looked closer and saw the Vernon County Squad had come to almost a stop in the intersection, I realized Vernon County Squad had been involved in the accident. I called in the accident to Juneau County Dispatch and also advised I would be the primary car in the pursuit.

I drove w/b Hwy 33, past D & D Farm Supply and by this time the suspect vehicle was already around the corner on Hwy 33 by Smith Rd., by the time I got to Smith Rd., I saw the suspect vehicle had passed and gotten at least one car between me and him, and he was already into the corner past Raese Rd. still w/b Hwy 33.

6J 040

By the time I got to Raese Rd. I saw the suspect w/b Hwy 33, just about to Hillsboro Equipment and the Vernon County line, I then lost sight of the suspect vehicle.

I then got to the Vernon County line and the driveway, I saw that the suspect vehicle had not turned onto Bass Rd. or into Hillsboro Equipment driveway.

I proceeded around the downhill left hand corner and saw a what turned out to be a Hillsboro Squad parked on the south shoulder of Hwy 33, and the suspect vehicle appeared to be stopped in his w/b lane of Hwy 33. <u>I come to a stop several feet behind the suspect vehicle.</u> I then noticed the suspect vehicle backing at what appeared to be a high rate of speed.

At that point, I knew that impact was unavoidable, I braced myself for impact. After what seemed like an eternity, I looked up and saw, felt and heard the suspect back into my squad. At that point <u>the airbag went off, hitting me in the face.</u>

No further information follows at this time, any further information will follow in a supplemental report.



[Handwritten margin notes, partially legible:] "He was just a few feet away from me when he backed into me... now with such disregard for... a short distance... he was such danger... side of speed... ran into my car as... down hill and... he was driving in reverse per officers orders"

OU 039