Exhibit 6

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed. 08/15/2016 10:30

Vernon County Sheriff's Office                                    OCA: *160810*

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Case Status: *CLEARED BY ARREST*    Case Mng Status: *ARREST MADE, CASE*    Occured: *08/13/2016*

Offense: *ASSIST OUTSIDE AGENCY*

Investigator: *HOWELL, LAWRENCE J  (4)*    Date / Time: *08/13/2016 00:00:00, Saturday*

Supervisor: *(0)*    Supervisor Review Date / Time: *NOT REVIEWED*

Contact:    Reference: *Assisting Officer Report*

[DRAFT]

---

The nature of this case, number 160810, is assist outside agency. The caller was the Juneau County Sheriff's Office, Mauston, Wisconsin, 608-847-9411.

Vernon County Dispatch informed officers on the grounds at the Hillsboro Tractor Pull that there was a high speed chase in Juneau County headed toward Union Center, Wisconsin. Hillsboro Police Sgt. Clark, and Vernon County Sheriff's Deputy Zirk were dispatched, then were cleared from Union Center as the car was apprehended. Sgt. Clark went to his residence. Deputy Zirk returned to patrol in Vernon County.

A few minutes passed, and there was a second vehicle. Hillsboro Police Chief Richardson requested Officer Arenz, one of the officers walking the grounds with me, to respond and take Chief Richardson's squad car toward Union Center again. An accident occurred with squad cars and the suspect vehicle, and subsequent shots were fired just into Vernon County by County Road WW and State Highway 33. Sgt. Clark requested someone pick him up at State Street and State Highway 33 on the east side of Hillsboro. Chief Richardson requested that I return to my squad car and see if I could assist Sgt. Clark.

I picked Sgt. Clark up and responded to the scene. We arrived with the Hillsboro Ambulance. Sgt. Clark was met by Officer Arenz who turned his weapon over to Sgt. Clark. Officer Arenz stated he fired his weapon on the suspect vehicle, and was turning his weapon over to Sgt. Clark. Sgt. Clark cleared the weapon, and made sure the magazine was out. He asked me for an evidence bag. Sgt. Clark placed the weapon in an evidence bag at 7:20 PM. I dated it and put my initials on the outside of the bag.

A short time later, Officers from the Wisconsin State Patrol and Vernon County Sgt. Sam Winchel arrived. I turned the evidence bag with the handgun inside over to Sgt. Winchel at 7:32 PM. He told me to return to the Hillsboro Tractor Pull as there were no officers working the highway or the grounds at Fireman's Park.

END OF REPORT

[DRAFT]

Deputy Sheriff Lawrence Howell
Vernon County Sheriff's Office


RECEIVED
AUG 15 2016
DISTRICT ATTORNEY
COUNTY OF VERNON

# INCIDENT REPORT
## NARRATIVE

| AGENCY NAME: MONROE COUNTY SHERIFF | ORI # W10420000 | REPORT DATE: 8/13/2016 7:26:00 PM | CASE NUMBER. 2016-0923 |
|---|---|---|---|

WILLIAMS REPORT

Monroe County Sheriff's Office
Supplemental Report

Case #2016-0923
Date: August 18, 2016

Report of Deputy Ryan Williams:

On Saturday, August 13, 2016 at approximately 1805 hours Monroe County Dispatch provided information that had been passed along by Juneau County Sheriff's Office pertaining to a traffic complaint involving a red 2013 Lexus displaying Minnesota license plate 370-KTR. The registered owner of the Lexus was Lewis Edward Byrd (M/B 06/22/77). Byrd had a full extradition warrant out of Minnesota. There was a caution indicator regarding Byrd, advising there was a history of assault and fleeing law enforcement by vehicle and on foot. It was advised that the Lexus was westbound on County Highway A from New Lisbon. The information was passed onto Monroe County in case the Lexus entered the county.

It was overheard on radio transmission that Juneau County Sheriff's Office was involved in a pursuit with another vehicle that was registered to Byrd. An arrest was made from that pursuit, but the driver was not Byrd. Sometime thereafter, it was overheard the original vehicle in question (the red Lexus) had been located and a pursuit had ensued. It was overheard on the radio traffic that the red Lexus had rammed an Elroy police squad. Then there was a radio transmission calling out "shots fired." A short time later there was radio traffic related to a foot pursuit, and ultimately an arrest of the suspect (Byrd).

At approximately 1921 hours I, Deputy Ryan Williams, was contacted by phone by our Officer in Charge at the time, Deputy Fred Von Ruden. Vernon County Sheriff's Office had contacted Monroe County Sheriff's Office requesting to speak with a supervisor. Deputy Von Ruden had contact with Vernon County Sheriff's Office regarding the officer involved shooting. It was requested that Monroe County Sheriff's Office assist in managing the scene. I was advised that the Wisconsin Department of Criminal Investigations (DCI) was going to be contacted to investigate the incident. Deputy Von Ruden explained that the scene should be secured when I get down there, and that I was to log anyone going in the scene  Did log them / where's the log

Deputy Von Ruden advised he had been in contact with Deputy Roy Torgerson from Vernon County Sheriff's Office regarding the outside agency request. Deputy Von Ruden requested I go to the scene and ensure it remained secure until DCI arrived. The incident location was State Highway 33 and County Highway WW. At approximately 1946 hours I arrived at that intersection. I observed a large amount of law enforcement vehicles present, both east and west of the intersection.

It was unknown to me where exactly the shooting took place at that time. The scene spanned an area of approximately a quarter mile to a half mile in distance. This is an estimation based off visual observation only and is not necessarily precise. I first went to the west of the intersection on State Highway 33 and located the red Lexus (referred to as suspect vehicle from here on after). I made contact with Deputy Sam Winchel of the Vernon County Sheriff's Office and Sergeant Jason Holtz of the Wisconsin State Patrol. They were in the immediate vicinity of the suspect vehicle. The suspect vehicle was still running and the suspect (Byrd) was in police custody at that location. I was advised that DCI was not going to respond to investigate the officer involved shooting. A short time later, I was advised Monroe County Sheriff's Office had been requested to investigate the officer involved shooting. I was informed Detective Jeff Spencer was responding to the location to investigate.

I was notified the shooting occurred on State Highway 33 in the area near Hillsboro Equipment. There was no possible way I could be in both locations (i.e. the final resting location of the suspect vehicle and the location the shooting occurred) at the same time. I requested Deputy Sam Winchel of the Vernon County Sheriff's Office to secure the suspect vehicle and ensure no one did anything with it until the proper investigators arrived on scene to investigate the shooting.

I responded to the area in which the shooting occurred. I arrived at that location at approximately 2000 hours. I first made contact with Sergeant Pat Clark of the Hillsboro Police Department and Officer Brandon Arenz of the Hillsboro Police Department on the south shoulder of the highway. I observed an Elroy Police Squad that had extensive front end damage on the north shoulder of the highway. The Elroy Police Officer was not on scene when I arrived. There were several other law enforcement personnel in the area.  check the damage of my car

There was traffic still continuing through the area on the highway. I was directed to the general area in which the shooting took place. I observed shell casings in the westbound lane of travel on State Highway 33. I immediately obtained the phone number for Vernon County Dispatch and made phone contact with Deputy Roy Torgerson. I advised Deputy Torgerson that the highway needed to be shut down as there was casings on the roadway and other debris related to the incident. Deputy Torgerson coordinated getting the highway closed in the area

| WILLIAMS, RYAN | 19 | 8/18/2016 11:34:18 PM |
|---|---|---|
| OFFICER | ID | DATE |

UJ 022