Lewis E. Byrd, III,
    Plaintiff

Case No. 17-CV-191-JDP

-v-

Brandon Arnez,
    Defendant.

TO: Western District Court,

If the court does not allow me any more time or discovery. I will ask the court to consider this response to Summary Judgment and allow me to Amend it once discovery is made available to me. I do not know how the court process works. I am not a lawyer. I have not graduated High school and have very limited resources to fight this case. I'm having a hard time comprehending what it is that the court or defendants are asking of me. I have ask for help from council and asked the court to appoint me council to help me. I'm requesting that again. If the court Denies these request then I ask the court to move forward with what I have presented here. Thank you

12-4-17

Respectfully,
Lewis Byrd