UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lewis Edward Byrd, III, | Civil Action No: 17-CV-191-JDP |
| Plaintiff, | |
| v. | **AFFIDAVIT OF JASON R. PROCHNOW** |
| Brandon Arenz, | |
| Defendant. | |

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) ss. |
| COUNTY OF HENNEPIN | ) |

Jason R. Prochnow, being first duly sworn upon oath, states and alleges as follows:

1.     I am one of the attorneys representing Defendant Brandon Arenz in the above-entitled matter.  I submit this Affidavit in opposition to Plaintiff's motion seeking an extension of the deadline for responding to the motion for summary judgment.

2.     The Court issued its Preliminary Pretrial Conference Order on June 26, 2017.

3.     At no point before or after June 26, 2017 has Plaintiff served any discovery requests on Defendant, through Defendant's counsel or otherwise.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Jason R. Prochnow
Jason R. Prochnow

Subscribed and sworn to before me
this 13th day of December, 2017.

s/Peggy Chapman
Notary Public
My Commission Expires  Jan. 31, 2020