## AFFIDAVIT OF SERVICE BY MAIL

STATE OF MINNESOTA     )
                       )  ss.
COUNTY OF HENNEPIN     )

    Peggy Chapman of the County of Anoka, the State of Minnesota, being duly sworn, says that on the 13th day of December, 2017, she served the annexed:

**Defendant's Reply Brief in Support of Motion for Summary Judgment; Defendant's Reply to Response to Proposed Findings of Fact in Support of Motion for Summary Judgment; Defendant's Brief in Opposition to Plaintiff's Motion to Extend Briefing Deadline; and Affidavit of Jason R. Prochnow**

on the attorney(s) below-named in this action, by mailing each to said attorney thereof enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota directed to the following:

Lewis Edward Byrd, III
#657840
Oshkosh Correctional Institution
P. O. Box 3310
Oshkosh, WI 54903

I declare under penalty of perjury that everything I have stated in this document is true and correct.

                                                  s/Peggy Chapman _____

                                                  Peggy Chapman