Lewis E. Byrd, III,   DOC NO   Case No. 17-CV-191-JDP
   Plaintiff,   REC'D/FILED
v.   2018 JAN -4 AM 9:42
Brandon Arnez,   PETER OPPENEER
   Defendant.   CLERK US DIST COURT
     WD OF WI

## Plaintiff's Brief in Reply

1) Mr. Byrd cannot prove that his convictions have been reversed on direct appeal, expunged ect. Because the appeal is still pending. Mr. Byrds case is being handled by the court of appeals and he has appellet attorney asigned to him from the public Defenders office in madison. Mr. Byrd cannot prove any of the above because the case is still open.

   Mr. Byrd stopped and pulled over for police thus stopping any chase alleged. Then Mr. Byrd was being shot at by Defendent Arnez. whitch put Mr. Byrd in a fight or flight response. Byrd at this point had no other choice in order to survive this attack from Defendent Arnez but to flee the attack. Mr. Byrds vehicle was severly damged after being rearended by Krugers squad that in Mr. Byrds "attempt" to not be killed he was only able to get his vehicle to roll down a hill to safty.

   Defendents failed to provide any reports from medical proving any injury to Kruger or any one "other" than Mr. Byrd. Mr. Byrds injuries were so serious that Mr. Byrd is scheduled to have an elbow replacement surgery done in the very, very near Further.

2) It is common knowledge that Defendent Arnez is no longer a police officer with the Hillsboro police Department. He quit because of the officer involed shooting. There was no immediate threat where Defendent Arnez needed to use Deadly force. The people at the Tractor pull Defendent say's he was trying to protect were over 5 miles away. There was no "immeadate" threat. Defendent Arnez did not have to use essive force to arrest mr. Byrd. MR. Byrd complied with the officers orders by raising his hands in the air and getting on his knees. Defendent Arnez did not need to break mr. Byrds arm in order to get mr. Byrd to comply.

## Conclusion

Defendents motion for summary Judgment should be denied. It is clear cut that Defendent Arnez used Excessive force when hand cuffing mr. Byrd and braking mr. Byrds arm, and that Defendent Arnez use excessive forces when shooting at mr. Byrd eleven times and Defendent claims that he was protecting a group of people at a tractor pull 5 miles away from the Hillsboro equiptment where the shooting of MR. Byrd took place. There was clearly no "immeadsate" threat to any of thoughs peoples.

Dated: December 29, 2017                    Lewis E. Byrd III

                                            /s/ Lewis E. Byrd