Lewis Byrd
#657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903

MILWAUKEE WI 530

02 JAN 2018 PM 5 I   FOREVER USA

Barn Swallow

United States District Court
120 North Henry St. Rm 320
Madison, WI. 53703

53703-255995

