Lewis E. Byrd III,                                        Case No. 17-CV-191-JDP
        Plaintiff,

v.

Brandon Arner,
        Defendant

### Plaintiffs Reply for Extended Briefing Deadline

    MR. Byrd lacks the knowledge to properly bring his case to the court. MR. Byrd has no high school diploma, and no understanding of law. He has made several request for legal assistance.

    MR. Byrd's request for Discovery and extended Briefing deadline should be granted. If MR. Byrds request for legal help is denied then MR. Byrd should be granted more time and his discovery motion should be granted. MR. Byrd was also engaged in his other litigation Byrd v. Vernon county, and feels that Defendent knowing this as a tactic had their case overlap the other. Furthermore, MR. Byrd lacks any discovery. Also, MR. Byrd is unsure if the prison will ever allow MR. Byrd to possess any such discovery. CD's of video cam footage, dash cam, body cam, 3D Rom's of MR. Byrds car, ect. or if the prison will even provide MR. Byrd with a place to view such video's needed for discovery. MR. Byrds requesting Council is nessavery. And MR. Byrds request for an extention is nessacarry, and Discovery.

    There are witness that need to be contacted and

mr. Byrd can not do that from where he is.

    With all due respect mr Byrds motions should be granted for extention of Brief, Discovery and appointment of councel.

Dated, Dec. 29, 2017

                                      Lewis Byrd

                                      */s/ Lewis Byrd*