Lewis E. Byrd, III.                                          Case. No. 17-CV-191-JDP
      Plaintiff
V.
Brandon Arnez,
      Defendant.

DOC NO
REC'D/FILED
2018 JAN -4 AM 9:42
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## Motion for Council.

I am writing this motion to request a lawyer to help me with this case. This case is to complicated for me to do. I do not have the education, the proper training or the resources that I need to defend myself.

I am respectfully asking the court to please appoint me an attorney to this case. I do not understand how all these rules or regulations for the court work. And the law library has been close alot lately due to lack of staff and the weather.

Dated: Dec. 29, 2017

Lewis Byrd
*Lewis Byrd*