Lewis E. Byrd III,                              Case No. 17-cv-191-JDP
         Plaintiff,
v.
Branden Arnez,
         Defendant,

Dear Clerk of court,

I'm writing because I want to know if it is possable for me to put the proceedings of my case on hold till I get released from prison, if the judge doesn't appoint a lawyer to my case. That way when I get out I can try and find one. Can they do that stop the case so I can find a lawyer when I get released If ones not appointed to my by the courts.? If so how can I ask the judge to do it? To suspend any further proceeding til I get released and can find a lawyer.

                                    Respectfully
                                    Lewis Byrd