Lewis Byrd
#657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh WI 54903

MILWAUKEE WI 530
02 JAN 2018 PM 5 L
FOREVER USA
Barn Swallow

United States District Court
Clerk of Court
120 North Henry St. Rm. 320
Madison, WI 53703

53703-430499



THE WISCONSIN PRISON SYSTEM
This letter has been mailed from the WISCONSIN PRISON SYSTEM

FSC MIX Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016