

LIND JENSEN SULLIVAN & PETERSON
ATTORNEYS AT LAW

A PROFESSIONAL ASSOCIATION

1300 AT&T TOWER · 901 MARQUETTE AVENUE SOUTH · MINNEAPOLIS, MN 55402
TELEPHONE: (612) 333-3637 · FACSIMILE: (612) 333-1030 · LINDJENSEN.COM

January 16, 2018


Peter Oppeneer
Clerk of Court
United States District Court for the
Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

**Re: Lewis E. Byrd III v. Brandon Arenz**
Case No.       17-CV-191-JDP
Our File        27186

Dear Mr. Oppeneer,

I am the attorney representing the Defendant in the above-referenced matter. I am writing regarding the letter addressed to you that Mr. Byrd filed in this action on January 4, 2018. To the extent that the Court considers Mr. Byrd's letter to be a motion to stay proceedings pending Mr. Byrd's release from prison at an unspecified date and time, Defendants would object to such a stay. There is a fully briefed motion for summary judgment before the Court that is ripe for decision, and Defendant would ask the Court to rule on it. *Cf. Solomon v. Negrette*, No. 2:10-CV-2103, 2014 WL 4109582, at *1–*3 (E.D. Ca. Aug. 19, 2014) (recommending denial of pro se prisoner's motion to stay proceedings while fully briefed motion for summary judgment was pending), *recommendation adopted by* No. 2:10-cv-2103, 2014 WL 4748115 (E.D. Ca. Sept. 23, 2014), *aff'd sub nom Solomon v. Barajas*, 704 Fed. Appx. 695 (9th Cir. 2017).

Very truly yours,

Lind, Jensen, Sullivan & Peterson
A Professional Association


s/Jason R. Prchnow

Jason R. Prochnow
*jason.prochnow@lindjensen.com*

JRP/prc
c:  Lewis E Byrd, III

THE FIRM INCLUDES ATTORNEYS LICENSED TO PRACTICE IN MINNESOTA, IOWA, NORTH DAKOTA AND WISCONSIN