Lewis Byrd #657846
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI. 54930

MILWAUKEE WI 530

03 FEB 2018 PM 2 L

FOREVER
USA

*Barn Swallow*

United States District Court
120 North Henry Street, Rm 320
Madison, Wisconsin. 53703

53703-255995