United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 320
Madison, Wisconsin  53703

February 12, 2018

Lewis Edward Byrd, III, #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903-3530

Re: 17-cv-191-jdp; *Byrd, Lewis v. Arnez, Brandon*

Dear Mr. Byrd:

This will acknowledge receipt of your submission titled Motion for Discovery filed on February 12, 2018.  Although you title your submission as a motion, it appears to be a discovery request.  Please be advised that discovery requests and responses should *not* filed with the court, except to support some other matter, such as a motion or a response to a motion.

Please see the third paragraph on page 9 of the June 26th, 2017 pretrial conference order regarding discovery materials for your reference.  For more information about discovery, please also refer to  Rules 26 through 37 and 45 of the Federal Rules of Civil Procedure that are contained in a book in a book titled, "Federal Civil Judicial Procedure and Rules," which should be available to you in your institution's library.

If you haven't already, you should send your discovery request directly to defendant's attorney Jason Richard Arthur Prochnow, at Lind, Jensen, Sullivan & Peterson, 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402.

PETER OPPENEER, Clerk of Court,

By: ___s/_____

Deputy Clerk