Lewis Byrd
    Plaintiff,

v.

Brandan Arnez,
    Defendant,

Case No. 17-CV-191-JDP

---

Motion for Medical Records of Lewis Byrd

---

I hereby give permission for the Defendant to inquire Mr. Byrd's medical records from the surgery that was peformed on Mr. Byrd to have his elbow reconstructed and a implant incerted. Mr. Byrd had surgery on Jan 2, 2018 at The Kennedy Center. 2700 W. 9th Ave, Oshkosh, WI. 54904. to have an arthroplasy performed for a non-union fracture in connection to the underline case. Mr. Byrd gives Defendant access to these records to assess damages.

Dated: 2/14/18

Signed - Lewis Byrd

Lewis Byrd,                          Case No. 17-CV-191-JDP

    Plaintiff,

V.

Brandon Arnez,

    Defendant,

## Motion for medical records

I'am requesting medical records for Brandon Arnez and Todd Kruger that are in conection with Aug. 13 2016.

Dated: 2/14/18                      Signed: Lewis Byrd