**Office of the Clerk**
United States District Court Western District of Wisconsin
120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

February 15, 2018

Lewis Edward Byrd, III, #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903-3530

    Re:    17-cv-191-jdp; *Byrd, Lewis v. Arnez, Brandon*

Dear Mr. Byrd:

    This will acknowledge receipt of your submission titled Motion for Medical Records filed on February 14, 2018 in the above case.

    Although you title your submission as a motion, it appears that you are providing notice to defendant's attorney regarding permission to access your medical records; and submitting a request for medical records. As indicated in the clerk's office letter sent to you on February 12, discovery requests and responses, including requests for medical records, should not be filed with the court. Instead, discovery requests/responses should be sent directly to defendant's attorney, Jason Richard Arthur Prochnow, at Lind, Jensen, Sullivan & Peterson, 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402.

                           PETER OPPENEER, Clerk of Court,

                           By:____/s/_____
                                Deputy Clerk

cc:    Jason Richard Arthur Prochnow (via CM/ECF)