Lewis Byrd,                    Case No. 17-cv-191-JDP

    Plaintiff,

v.

Brandon Asnez,

    Defendant.

Dear courts,

    In regards to the request that I sent to the courts dated Feb. 5, 2018. I did also send copies to the defendent requesting discovery and medical records. I sent them to the defendent at the same time I sent them to the courts. The defendent should of already recieved there copies about the same time the court did.

    Thank you for the clearification of not sending copies to the court regarding request.

    I do have one question, what happens if the defendent fails to respond to my discovery request and my dead line of march 15, 2018 approches? Then what do I do, or whats the next step?

Dated: 2/21/18

                                            Respectfully

                                            Lewis Byrd