Lewis Byrd #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903

US. District court
120 North Henry St., Rm 320
Madison, WI. 53703

53703-255995