Lewis Byrd,

    Plaintiff,

V.

Brandon Arnez,

    Defendent.

Case No. 17-CV-191-JDP

DOC NO
REC'D/FILED
2018 MAR -2 AM 9:38
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Dear Courts,

    MR. Byrd recieved a letter from the courts advising MR. Byrd to send his request for medical records directly to the defendents attorney at, 150 South fifth street, suite 1700, minneapolis, MN. 55402. MR. Byrd did send his request to this address provided by the court.

    However, MR. Byrd's request for medical records to the defendents attorney was returned to MR. Byrd as undelivered on 2/26/18 because the address provided by the court to MR. Byrd was incorrect. MR. Byrd has sent the returned envelope to the court as evidence to support his claim. On 2/26/18 MR. Byrd has found the correct address to the defendents attorney, and resent his request for medical records.

    MR. Byrd finds that this misinformation may hinder him from recieving medical records needed for discovery in order to respond to summary judgment and that it could also hinder the defendent the time necessary to respond to MR. Byrd's request before MR. Byrd march 15, 2018 deadline.

    MR. Byrd wanted to bring this issue to the courts attention and ask the court to allow more time for defendents to obtain these records as part of MR. Byrds discovery request if neccasary, or allow MR. Byrd to submit them as part of discovery and his response to summary judgment after he recieves them from the defendent.

Dated: 2/26/18

Signed: Lewis Byrd