P.O. Box 3310
Oshkosh, WI 54903

FOREVER
USA

Barn Swallow

Lind, Jensen, Sullivan & Peterson,
150 South Fifth street, suite 1700
mpls, mn, 55402

NIXIE          553    CE 1                    2202/21/18

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF        BC: 54903331010        *2125-07080-15-43