Lewis Byrd #657890
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh WI 54903





U.S. District Court
120 N. Henry Street, Rm 320
Madison, WI. 53703