Lewis Byrd,
    Plaintiff,

v.

Brandon Arnez,
    Defendent.

Case No. 17-CV-191-JDP

RE: Discovery Request

Dear Court,

   Mr. Byrd has requested discovery from defendent apart from Mr. Byrds request from them of medical records. Defendent has yet to respond to Mr. Byrd's discovery request.

   Mr. Byrd has a march, 15, 2018 deadline to respond to defendents summary judgment. Without discovery Mr. Byrd is unable to respond. Mr. Byrd has made attempts to contact defendents attorney but has gotten no response concerning discovery.

   Mr. Byrd is asking the court what he should do if the defendent fails to respond to Mr. Byrd's request for discovery sent to them on 2/5/18.

Dated: 2·26·18

Signed: Lewis Byrd
*Lewis Byrd*