Lewis Byrd,
   Plaintiff,

v.

Brandon Arnez,
   Defendant.

Case No. 17-CU-191-JDP

DOC NO
REC'D/FILED
2018 MAR -2 AM 9:39
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## motion for councel

I'am writing this motion to request a lawyer be appointed to assist me in my case. I'am too limited to litagate this case by myself. I can't get addresses, I'm having unsuccessful communication with defence. In the middle of all of this I had surgery do to the injuries I sustained from this case, Jan 2, 2018.

  I ask the court to please consider appointing me, Byrd councel on this case.

Dated 2/26/18

Respectfully
Lewis Byrd