Lewis Byrd
   Plaintiff,

v.

Brandon Arnez,
   Defendant.

DOC NO
REC'D/FILED

2018 MAR -5 AM 10: 11

PETER OPPENEER
CLERK US DIST COURT
W/D OF WI

CASE NO. 17-CV-191-JDP

RE: Discovery

Dear Court,

   I am writing concerning defendents lack of response to my discovery request. I have not recieved discovery from defendant. I have made my request weeks ago. I now have 14 days as of this letter to respond to defendents summary judgment. I want to bring to the courts attention the defendents lack of response. I am asking the court how do I proceed from here with out my request for discovery from defendent being answered?

Dated: 3/1/18                Signed: Lewis Byrd
                                     Lewis Byrd.