Lewis Byrd #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh WI 54903

MILWAUKEE WI 530

01 MAR 2018 PM 2   FOREVER USA



Barn Swallow

U.S. District Court
120 Henry Street, Rm 320
Madison, WI. 53703