

A PROFESSIONAL ASSOCIATION
1300 AT&T TOWER · 901 MARQUETTE AVENUE SOUTH · MINNEAPOLIS, MN 55402
TELEPHONE: (612) 333-3637 · FACSIMILE: (612) 333-1030 · LINDJENSEN.COM

March 12, 2018

**VIA ODYSSEY**

United States District Court Judge James D. Peterson
Clerk of Court Peter Oppeneer
United States District Court for the
Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

> Re: Lewis E. Byrd III v. Brandon Arenz
> Case No.   17-CV-191-JDP
> Our File   27186

Dear Judge Peterson and Mr. Oppeneer,

As you recall, this civil lawsuit has been brought by *pro se* Plaintiff Lewis E. Byrd, III against my client Brandon Arenz. I write in regard to Plaintiff's pending Motion for Discovery, dated February 5, 2018, (received by my office on February 12, 2018), and Plaintiff's second Motion for Medical Records, dated February 14, 2018. I simply wanted to inform the Court that I am treating these two motions as formal requests for the production of documents under the Federal Rules of Civil Procedure, and my client is responding directly to Plaintiff Byrd accordingly, with its document responses being produced and served today, via separate correspondence to Plaintiff Byrd.

Therefore, I do not intend on filing any response to the Court in regard to these two requests for documents, styled incorrectly as "motions" for discovery.

Thank you for your time and attention to this matter.

> Respectfully yours,
>
> Lind, Jensen, Sullivan & Peterson
> A Professional Association
>
> Jason R. Prochnow
> jason.prochnow@lindjensen.com

JRP/mrb
c: Lewis E Byrd, III (via U.S. Mail)

THE FIRM INCLUDES ATTORNEYS LICENSED TO PRACTICE IN MINNESOTA, IOWA, NORTH DAKOTA AND WISCONSIN