## AFFIDAVIT OF SERVICE BY U.S. MAIL

STATE OF MINNESOTA   )
                                ) ss.
COUNTY OF HENNEPIN   )

Michelle Bueche of the County of Dakota, the State of Minnesota, being duly sworn, says that on the March 28, 2018, she served the annexed:

**Defendant's Response to Plaintiff's Motion to Compel Discovery**
**Affidavit of Jason R. Prochnow**

on the party below-named in this action, by mailing each to said party thereof enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota directed to the following:

Lewis Edward Byrd, III
#657840
Oshkosh Correctional Institution
P. O. Box 3310
Oshkosh, WI 54903

I declare under penalty of perjury that everything I have stated in this document is true and correct.

_____
Michelle Bueche

Subscribed and sworn to before me
this __28__ day of March, 2018.

KATHLEEN NELL RENSHAW
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

_____
Notary Public
My commission expires