Lewis E. Byrd III,
Plaintiff,

Case No. 17-cv-191-JDP

v.

Brandon Arnez,
Defendant.




Motion for Discovery

I am filing this motion for Discovery. The Discovery request details are as follows.

1) All internal documents including but not limited to: Training manuals of the Hillsboro Police Department, Elroy Police Department and the Vernon County Sheriff's Department, Policy and practices materials, whether in physical or electronic form containing the phrases or pretaining to the subject of;

A) Highspeed chase or pursuit, exceeding posted speed limits (with reference to pursuing or following a suspect in a motor vehicle, criteria for intiating and or terminating a high speed chase or pursuit, deployment of tire spikes or any other form of suspect vehicle interdiction.

B.) use of deadly force, firing or discharging of a service weapon;

C.) multi-jurisdictional communication and/or cooperation in locating and or apprehending suspects in a motor vehicle whether high speed is involved or not; and

D.) use of Dash and Body cam video equipment both manually and automaticlly.

2.) Any and all Dash cam and Body cam video and audio of any and all members of Law Enforcement, their vehicle or any vehicle and officer present or any way involved in the underline matter. Including but not limited to officer Todd Kruger, officer Brandon Arnez, Deputy Whittmore, Depty Lawrence Howell, Deputy William Zirk, Sgt. Patrick Clark, Officer Ryan Williams, officer Fredrick Vonruden, Sgt. Holtz, Chief Richardson, and officer Grover Wooten,

3.) Any and all sound files and notes pertaining to and transcriptions of any and all electronic means of communication (radio, cell phone) in any way involed in the underling matter, including dispatch logs, records, transcriptions and recordings.

4.) Service records of all responding Law Enforcement officers to be examined for;

A.) use of deadly force, dischage of service weapon and/or,

B.) Highspeed pursuit or chase or apprehension of suspect(s) in a motor vehicle determing whether any such incidents resulted in any warning, oral or written or any disciplinary action or procedural disposition including terms and cause for end of employment. Including Defendents terms and cause for end of employment with the Hillsboro Police Department.

5) All reports, transcripts, notes, radar of speed and arrest records of Sargeant Butcher who was driving a Red 2007 Buick with minnesota plates registered to MR. Byrd. And was apprehended in Juneau county for a high speed chase through union center, shortly before mr. Byrds arrest.

6) Radar of speed for the Red 2013 Lexus that MR. Byrd was driving, to determine MR. Byrds speed at the time of the shooting.

7.) Any and all eyewitness statements, dispositions and law Enforcement notebook and other written entries concerning the events. Including but not limited to George Schumer the civilian that pulled over at the scene of the shooting and the unnamed witness who entered mr. Byrds vechile to put it into park.

8.) Any and all photos, videos and 3-D images made of the scene of mR. Byrd and officer Kruger's squad, including accident reports, any investigation reports done by the wisconsin state patrol traffic reconstruction unit, and any and all reports by all agencies involed.

9) Any and all reports and records of phone calls, text, emails and any and all other forms of communication to the D.C.I., (Department of Criminal Investigations) perteing to the investigation of this case.

10) Any and all reports and records of Forensics reports pertaining to the investigation of the Officer involved shooting of MR. Byrd. Any reinactment reports, all photos, video of MR. Byrd's vehicle.

11) Any and all data downloaded from MR. Byrds 2013 Lexus' computer system.

Dated: 2/5/18

Signed: Lewis E. Byrd III

Lewis E. Byrd III
Pro Se