Lewis Byrd,           Case No. 17-CV-191-JDP
    Plaintiff,

V.

Brenden Arnez,
    Defendant,

Motion for medical records

I am requesting medical records for Brenden Arnez and Todd Kruger that are in conection with Aug. 13, 2016.

Dated: 2/14/18           Signed: Lewis Byrd

EXHIBIT 2

Case: 3:17-cv-00191-jdp Document #: 52 Filed: 02/14/18 Page 1 of 2

27186

Lewis Byrd
    Plaintiff,

v.

Brandon Arnez,
    Defendant,

Case No. 17-CV-191-JDP

## Motion for Medical Records of Lewis Byrd

I hereby give permission for the Defendant to inquire Mr. Byrd's medical records from the surgery that was performed on Mr. Byrd to have his elbow reconstructed and a implant inserted. Mr. Byrd had surgery on Jan 2, 2018 at The Kennedy Center, 2700 W. 9th Ave, Oshkosh, WI 54904. to have an arthroplasty performed for a non-union fracture in connection to the underline cases Mr. Byrd gives Defendant access to these records to assess damages.

Dated: 2/14/18

Signed- Lewis Byrd
LCByrd