Lewis Byrd,

    Plaintiff,

Case No. 17-CV-191-JDP

V.

Brandon Arenz,

    Defendent.

## Motion to Dismiss Summary For Judgement

I am writing this motion to inform the court that Defendent Brandon Arenz has failed to file a Brief in opposition to Mr. Byrd's motion to compel discovery.

Defendent's deadline was 3/29/18 and has not filed the Brief as of todays date 4/2/18. Plaintiff Mr. Byrd ask the court to dismiss Defendents summary for Judgement and rule in favor of Mr. Byrd in said case. Defendent is not complying with discovery.

Dated: 4/2/18

Signed: Lewis E Byrd