Lewis Byrd #657646
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh WI 54903

MILWAUKEE WI 530

FOREVER USA

Barn Swallow

SCANNED

U.S. District Court
120 North Henry Street, Rm 320
Madison, WI 53703

53703-255995

This letter has been mailed from the WISCONSIN PRISON SYSTEM



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016