Lewis Byrd,
    Plaintiff,

Case No. 17-CV-191-JDP

DOC NO
REC'D/FILED
2018 APR 11 AM 10: 22
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

v.

Brandon Arenz,
    Defendant.

Content of this material:

1) Plaintiff's Proposed finding of facts

2) Plaintiff's Response to Defendents finding of facts

3) Plaintiff's Response to Defendents Brief for summary Judgment.

4) Exhibits 1-15.

Dated: 4/4/18      Signed: Lewis E Byrd

Lewis Byrd #657846
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI. 54903



U.S. District Court
Western District of WI.
120 North Henry Street
Madison, WI. 53703