EXHIBIT

2

Aug. 15. 2016 11:15AM    Vernon Co Sheriff's Department                   No. 5379   P. 4
                              CASE SUPPLEMENTAL REPORT                     Printed: 08/15/2016 10:30
                                 *NOT SUPERVISOR APPROVED*

*Vernon County Sheriff's Office*                                OCA: *160810*

░░░░THE INFORMATION BELOW IS CONFIDENTIAL. FOR USE BY AUTHORIZED PERSONNEL ONLY░░░░

Case Status: *CLEARED BY ARREST*        Case Mng Status: *ARREST MADE, CASE*       Cleared: *08/13/2016*

Offense: *ASSIST OUTSIDE AGENCY*

Investigator: HOWELL, LAWRENCE J   (4)              Date / Time: 08/13/2016 00:00:00, Saturday

Supervisor: (0)                         Supervisor Review Date / Time: *NOT REVIEWED*

Contact:                 DRAFT          Reference: *Assisting Officer Report*

---

The nature of this case, number 160810, is assist outside agency. The caller was the Juneau County Sheriff's Office, Mauston, Wisconsin, 608-847-9411.

Vernon County Dispatch informed officers on the grounds at the Hillsboro Tractor Pull that there was a high speed chase in Juneau County headed toward Union Center, Wisconsin. Hillsboro Police Sgt. Clark, and Vernon County Sheriff's Deputy Zirk were dispatched, then were cleared from Union Center as the car was apprehended. Sgt. Clark went to his residence. Deputy Zirk returned to patrol in Vernon County.

A few minutes passed, and there was a second vehicle. Hillsboro Police Chief Richardson requested Officer Arenz, one of the officers walking the grounds with me, to respond and take Chief Richardson's squad car toward Union Center again. An accident occurred with squad cars and the suspect vehicle, and subsequent shots were fired just into Vernon County by County Road WW and State Highway 33. Sgt. Clark requested someone pick him up at State Street and State Highway 33 on the east side of Hillsboro. Chief Richardson requested that I return to my squad car and see if I could assist Sgt. Clark.

I picked Sgt. Clark up and responded to the scene. We arrived with the Hillsboro Ambulance. Sgt. Clark was met by Officer Arenz who turned his weapon over to Sgt. Clark. Officer Arenz stated he fired his weapon on the suspect vehicle, and was turning his weapon over to Sgt. Clark. Sgt. Clark cleared the weapon, and made sure the magazine was out. He asked me for an evidence bag. Sgt. Clark placed the weapon in an evidence bag at 7:20 PM. I dated it and put my initials on the outside of the bag.

A short time later, Officers from the Wisconsin State Patrol and Vernon County Sgt. Sam Winchel arrived. I turned the evidence bag with the handgun inside over to Sgt. Winchel at 7:32 PM. He told me to return to the Hillsboro Tractor Pull as there were no officers working the highway or the grounds at Fireman's Park.

END OF REPORT

DRAFT

Deputy Sheriff Lawrence Howell
Vernon County Sheriff's Office

RECEIVED
AUG 1 6 2016
DISTRICT ATTORNEY
COUNTY OF VERNON

---

                                                                      00 029

*exhibit 2*    *1 of 1*

ARENZ0139