

EXHIBIT

3

The suspect vehicle pulled out s/b Main St. in front of me. I confirmed the Mn Plate and that it was a Mrn Lexus, I then followed suspect vehicle s/b Main St. on to S. Main St., still s/b past the fairgrounds still s/b onto Hwy 80.

Suspect vehicle proceeded s/b Hwy 80, past Lumsden Rd., I then advised dispatch, I was still following suspect vehicle but not initiating a stop until I had more cars in the area.

I followed suspect vehicle s/b Hwy 80 past Snyder Rd. towards Union Center and advised dispatch that I still was not going to initiate a stop due to the narrow road and until I had more cars in the area.

As I came to a bend in Hwy 80, I was still behind suspect vehicle, I told dispatch I was backing off a bit. Just as I rounded the bend in road, JUSO Dispatch advised to go ahead and initiate the stop, as Vernon County was just north of Union Center on Hwy 80. As I got around the bend in the road, I could see a Vernon County Squad on Hwy 80, just north of Union Center Kwik Trip, with its overhead lights on. I activated my overhead lights.

After activating my overhead lights, I saw suspect vehicle proceed s/b Hwy 80 for a bit, then before entering the village of Union Center, the suspect vehicle pulled to the side of the road. Anticipating an armed confrontation or a U-turn, I slowed and moved over in my lane towards the West ditch. I then saw the suspect vehicle proceed s/b half on the roadway and half on the gravel shoulder. The suspect vehicle then sped up and pulled onto the road and proceeded s/b towards intersection on Hwy 80 at Hwy33 in Union Center.

I backed off more in anticipation Vernon county squad would pull in front of me between me and the suspect vehicle, which he did. I then saw the suspect vehicle speed up and pull to the right of the island in the intersection w/b towards Hillsboro and the Vernon County squad pursued. I advised dispatch this was now a high speed pursuit, Vernon County was primary and I would call it.

As I got closer to the intersection, I saw that a e/b vehicle had been side-wiped. I was unsure if the suspect vehicle had done this or the Vernon County Squad. I looked closer and saw the Vernon County Squad had come to almost a stop in the intersection, I realized Vernon County Squad had been involved in the accident. I called in the accident to Juneau County Dispatch and also advised I would be the primary car in the pursuit.

I drove w/b Hwy 33, past D & D Farm Supply and by this time the suspect vehicle was already around the corner on Hwy 33 by Smith Rd., by the time I got to Smith Rd., I saw the suspect vehicle had passed and gotten at least one car between me and him, and he was already into the corner past Raese Rd. still w/b Hwy 33.

Exhibit 3 1 of 5

GJ 040

ARENZ0128

By the time I got to Raese Rd. I saw the suspect w/b Hwy 33, just about to Hillsboro Equipment and the Vernon County line, I then lost sight of the suspect vehicle.

I then got to the Vernon County line and the driveway, I saw that the suspect vehicle had not turned onto Bass Rd. or into Hillsboro Equipment driveway.

I proceeded around the downhill left hand corner and saw a what turned out to be a Hillsboro Squad parked on the south shoulder of Hwy 33, and the suspect vehicle appeared to be stopped in his w/b lane of Hwy 33. I come to a stop several feet behind the suspect vehicle. I then noticed the suspect vehicle backing at what appeared to be a high rate of speed.

At that point, I knew that impact was unavoidable, I braced myself for impact. After what seemed like an eternity, I looked up and saw, felt and heard the suspect back into my squad. At that point the airbag went off, hitting me in the face.

No further information follows at this time, any further information will follow in a supplemental report.

Exhibit 3
2018

OU 039

ARENZ0129

|  | ___ ORIGINAL FOR COURT FILING |
|---|---|
|  | ___ SUSPECT COPY |
|  | ___ VEHICLE COPY |
|  | ___ D.A. COPY |
| Date and Time Filed with Clerk of Court | ✗ POLICE COPY |

# SEARCH WARRANT
for

**2013 Lexus with VIN JTHCE1BL9D5006012
and MN plate of 370KTR**

BASED UPON THE INFORMATION PRESENTED TO THE COURT, THE FOLLOWING TYPE OF ENTRY INTO THE PREMISES IS HEREBY AUTHORIZED (*strike inapplicable provision*):

WARRANT MAY BE EXECUTED UNDER KNOCK AND ANNOUNCE CRITERIA

WARRANT MAY BE EXECUTED UNDER **NO KNOCK** CRITERIA

(NOTE: IF NO PROVISION IS STRIKEN, EXECUTE AS KNOCK AND ANNOUNCE WARRANT.)       *Signature/Initials of Magistrate*

STATE OF WISCONSIN  )
                   ) ss.     In Circuit Court of Monroe County.
MONROE COUNTY      )

THE STATE OF WISCONSIN, to the Sheriff or any constable or any peace officer of said County:

WHEREAS, Detective Jeffrey Spencer, Monroe County Sheriffs Office, has this day complained (in writing) to the said court upon oath that on the 16th day of Aug 2016, in said County, and in and upon certain premises, in Monroe County, registered to: Lewis E Byrd III ▬▬▬/1977) ; and more particularly described as follows:

A red 2013 Lexus with VIN JTHCE1BL9D5006012 and MN plate of 370KTR. The vehicle is currently secured at the Monroe County Sheriff's Office impound.

there are now located and concealed certain things, to wit:

1. Bullet(s) including fragments thereof
2. Blood, hair, and other evidence of Injury
3. Items tending to establish ownership or possession of any vehicles or items in the vehicle, including but not limited to receipts, bills, personal correspondence, loans, registrations and personal property and clothing;
4. Vehicle computer system information.

00 012

3 of 5

ARENZ0106

SEARCH WARRANT for *2013 Lexus with VIN JTHCE1BL9D5006012 and MN plate of 370KTR*

Page 2 of 3 Pages

5. Pagers, cellular telephones, electronic address books, Laptops and other electronic means of communication or personal data storage, to include any memory therein;
6. Weapons, to include but not limited to firearms.
7. Drugs (including but not limited to methamphetamine) and Drug Paraphernalia (including but not limited to smoking devices, needles/syringes, and packaging and weighing devices)
8. Fruits of other crimes

Which things were used in the commission of or may constitute evidence of the crime(s) of Recklessly Endangering Safety, Resisting/Obstructing an Officer, possession of methamphetamine committed in violation of sections 941.30 and 946.41, 961.16 (5)(b) and of the Wisconsin statutes, and, the above named affiant having prayed that a search warrant be issued to search said premises and/or vehicle(s) for said property.

**NOW, THEREFORE**, in the name of the STATE OF WISCONSIN, you are commanded forthwith to search the said premises and/or vehicle(s) for said things, and if the same or any portion thereof are found, to bring the same and the person in whose possession the same are found, and return this warrant within forty-eight (48) hours before said court.

ALL to be dealt with in accordance with law.

Dated this 10th day of Aug, 2016.

~~Todd Ziegler~~ / ~~Mark Goodman~~ / JD Rice
Judge, Circuit Court Branch ~~I / II~~ / III

### ENDORSEMENT ON WARRANT

Received by me this 10th day of Aug, 2016, at 2:37 o'clock p.m.

Detective Jeffrey Spencer
Monroe County Sheriffs Office

00 011

4 of 5

ARENZ0107

SEARCH WARRANT for *2013 Lexus with VIN JTHCE1BL9D5006012 and MN plate of 370KTR*

Page 3 of 3 Pages

## RETURN OF OFFICER

STATE OF WISCONSIN )
) ss.
MONROE COUNTY )

I hereby certify that by virtue of the within warrant I searched the within named premises and/or vehicle(s) and found the following things:

___ NO ITEMS SEIZED.

___ SEE ATTACHED PROPERTY REPORT (NUMBER _____) DATED _____

**X** LIST OF ITEMS SEIZED.

1. Vehicle download information
2. Samsung galaxy grand
3. Samsung with cracked screen
4. OC from purse
5. OC from driver's floor board
6. Vaultz brand wallet containing used and new syringes; tourniquet, cooking devices
7. Container with methamphetamine residue
8. Container with THC residue

and have the same now in my possession subject to the direction of the court.

Warrant executed at: Entry made at __10:15__ o'clock __AM__ on __August 17th__, 2016, and completed at __11:40__ o'clock __AM__ on __August 17th__, 2016.

Dated this __19th__ day of __August__, 2016.

Detective Jeffrey Spencer
Monroe County Sheriffs Office

NOTE: THE PERSON EXECUTING THE SEARCH WARRANT MAY REASONABLY DETAIN AND SEARCH ANY PERSON ON THE PREMISES AT THE TIME TO PROTECT HIMSELF OR HERSELF FROM ATTACK OR TO PREVENT THE DISPOSAL OR CONCEALMENT OF ANY ITEM PARTICULARLY DESCRIBED IN THE SEARCH WARRANT. Wis. Stat. Sec. 968.16.
NOTE: THE SEARCH WARRANT MUST BE EXECUTED AND RETURNED NOT MORE THAN FIVE DAYS AFTER THE DATE OF ISSUANCE. THE RETURN MUST BE FILED WITHIN 48 HOURS OF THE EXECUTION THEREOF, EXCLUDING 4:30 PM FRIDAY to 8:00 AM MONDAY. Wis. Stat. Sec. 968.15 and 968.17.