EXHIBIT

5

