EXHIBIT

7

User: LMAY   VERNON COUNTY SHERIFF'S OFFICE   08/15/2016 11:12

Incident / Investigation - Case #: 160810 : Off. Narr

**DRAFT**

This report concerns a pursuit, case number 160810. The suspect is Lewis E. Byrd.

para (1) On August 13, 2016, we received an attempt to locate for a couple vehicles, one Minnesota plate 370KTR. The registered owner of that vehicle was Lewis Byrd, who has felony warrants out of Minnesota. That vehicle was reported on the interstate driving recklessly. It was seen in Juneau County in multiple areas.

para (2) At approximately 8:25 PM, the vehicle was seen in the Elroy, Wisconsin, area, heading toward Union Center, Wisconsin. A Mutual Aid request was sent to the Vernon County Sheriff's Office. Vernon County Deputy William Zirk and Hillsboro Officer Brandon Arenz responded, traveling toward Union Center from Hillsboro, Wisconsin. I was in the Viroqua, Wisconsin, area and headed that direction as well. I arrived at 7:32 PM, at a location on State Highway 33, approximately ¼ mile west of County Road WW. The vehicle in question was at this location. Multiple State Troopers were already on scene. Our point of contact was Sgt. Holtz. Also on scene already was Vernon County Deputy Lawrence Howell, Hillsboro Officer Pat Clark, Hillsboro Officer Brandon Arenz, and numerous Juneau County officers. We began to secure the scene which was approximately ½ mile from the location of the vehicle, all the way back to where shots were fired in front of Hillsboro Equipment. We began by trying to contact DCI to investigate an officer involved shooting. They did not respond as there were no injuries from the shooting. We wanted an outside agency to investigate and were able to contact Investigator Spencer, and had State Patrol Trooper Marquardt perform a recon for the accident. During this process we shut down State Highway 33 as there were shell casings at the far east end of the scene. On location there was Deputy Williams from Monroe County. On the far west limit we had Deputy Simmons of Juneau County. State Patrol Sgt. Holtz was stationed at the vehicle.

para (3) After initially getting the agencies needed for investigations involved I took pictures of the vehicle. I noted three shots at the front of the vehicle. One was the driver's side headlight, one the hood and one in the bumper on the passenger side. I noticed a fourth shot in the passenger side window. It looked like it lodged in the A frame. On the passenger side rear quarter panel there were two shots and a third one in the rear of the window. When I arrived and took over the scene, Hillsboro Police Sgt. Clark gave me an evidence bag. Inside was the weapon used by Officer Brandon Arenz, the officer who discharged rounds. I looked in the bag without opening it. In the magazine we noted four rounds, as well as a fifth that had been ejected from the chamber. Accounting that the magazines were full, with one in the chamber, we would say he fired 10 times. I counted seven total holes in the vehicle. As I was walking back and forth from the scene a Juneau County Officer stated he saw a red baggie on the side of the road. I took pictures of the location of the baggie then collected it as at the moment we still had traffic going through. It appeared to be a white crystal substance, inside a small red baggie. I locked that and the weapon inside my squad until I was able to give it to Investigator Spencer.

para (4) When I arrived initially there was an ambulance on scene picking up the suspect. Later he started to complain of pain in his arms so we again got an ambulance to come who determined they would transport him to St. Joseph's Hospital and did so. I had Chief Richardson escort them and he rode inside the ambulance to the hospital with the suspect.

para (5) I took a list of names of potential witnesses and supplied it to Investigator Spencer. I will include a list of these names with this report. At no time did anyone attempt to search the vehicle. The only point where access was made was by a civilian who put the vehicle into Park as it was rolling prior to my arrival. Sgt. Holtz entered it to turn it off. It had a push button ignition and was running at the time I arrived. The vehicle was towed by Monroe County and impounded.

para (6) When the Trooper for the recon arrived and Investigator Spencer, I changed my location to State Highway 33 and County Road WW to perform traffic and stayed there until the investigation was over.

For follow up I will be seeking reports from Juneau County, Monroe County, Hillsboro, and the Wisconsin State Patrol.

para (7) END OF REPORT

RECEIVED
AUG 1 5 2016
DISTRICT ATTORNEY
COUNTY OF VERNON

Exhibit 7 1of1

ARENZ0137