Exhibit

8

Just prior to 7:00 p.m. on August 13, 2016 I turned over my squad car to part-time Officer Grover Wooten of the Hillsboro Police Department and informed him that they could possibly be looking for a Minnesota plate on a red vehicle being driven by a black male that had been involved in a pursuit and was wanted and they also had Officer safety issues out for this person.

At approximately 7:02 p.m. I received a phone call from Chief Richardson that I had missed and while listening to the voicemail I learned that the pursuit was now back on and coming toward the City of Hillsboro. I attempted to call both part-time Officer's that were working and Chief Richardson with no luck. I then made contact with the Vernon County Sheriff's Department at about the same time they were advising that shots had been fired in this pursuit. I responded in my personal vehicle until I met up with a Vernon County Deputy, Larry Howell. I parked my personal vehicle on main street and jumped into his squad and we proceeded to the scene.

## ARRIVAL ON SCENE

When on scene I met with part-time Officer Arenz who walked over and handed me his firearm and informed me that he was involved in a shooting. Officer Arenz handed me his Glock 22 which still had the magazine in it and a round in the chamber. I made the weapon safe by removing the magazine and ejecting the shell that was in the barrel. Deputy Howell at this time retrieved an evidence bag from his squad car, this gun was placed into the evidence bag, and Deputy Howell sealed the evidence bag, and wrote on the evidence bag as to when the gun was collected. Deputy Howell was at this time given possession of the firearm due to the fact that I had to investigate what else was going on at the scene.

I spoke with Officer Arenz briefly as he filled me on what had taken place and soon discovered that we had a total of three crime scenes to try and secure. The first being in the Village of Union Center where a Deputy had struck a vehicle, the second being close to the entrance of Hillsboro Equipment where the shots were actually fired, and the third being the location I was currently at where the suspect had fled on foot and was apprehended.

After making sure the Officer's and suspect were taken care of I gave Officer Wooten a ride back to the City of Hillsboro where I had him relieve Chief

CU 087

Exhibit 8
1 of 5

ARENZ0171

Aug. 16. 2016 10:27AM    Vernon Co Sheriff's Department          No. 5383    P. 1    **RECEIVED**

**CASE SUPPLEMENTAL REPORT**                      Printed: 08/16/2016 10:31

*NOT SUPERVISOR APPROVED*                                        AUG 1 6 2016

*Vernon County Sheriff's Office*                 OCA: 160810      DISTRICT ATTORNEY
                                                                 COUNTY OF VERNON

THE INFORMATION BELOW IS CONFIDENTIAL FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ARREST*        Case Mng Status: *ARREST MADE, CASE*        Occured: 08/13/2016

Offense: *ASSIST OUTSIDE AGENCY*

---

Investigator: *ZIRK, WILLIAM E    (25)*           Date / Time: *08/13/2016 08:50:37, Saturday*

Supervisor: *(0)*                                  Supervisor Review Date / Time: *NOT REVIEWED*

Contact:                                           Reference: *Assisting Officer Report*

---

1.) This report concerns assisting an outside agency, the Juneau County Sheriff's Department, with a vehicle pursuit.

2.) On August 13, 2016 at approximately 6:25 PM, the Vernon County Sheriff's Office received a request from the Juneau County Sheriff's Department, asking if we could assist in a vehicle pursuit. The information given was the suspect vehicle was a red Buick with Minnesota license plate number 370KTR. There was limited information at that time. Originally, the information given was the vehicle was stolen and we should use extreme caution concerning the driver, as he had made threats toward law enforcement, as well as resisting.

3.) Hillsboro Police Sgt. Pat Clark and I were dispatched from the Hillsboro Fireman's Park to the Union Center area where the Juneau County Sheriff's Department requested we set up road spikes. At that time they were in pursuit of the vehicle going southbound on State Highway 80 toward Elroy, WI.

4.) Sgt. Clark and I arrived in Union Center, WI at approximately 6:30 PM. As we set up for road spikes Juneau County called and advised they lost contact with the vehicle and were still searching for it. A short time later, they received information they were now pursuing the vehicle and traveling north back toward New Lisbon, WI. They requested we stand-by until further information was available.

5.) At 6:47 PM, the Juneau County Sheriff's Department contacted the Vernon County Sheriff's Office Dispatch Center and advised the vehicle they were pursuing north toward New Lisbon was not the suspect vehicle and they lost the suspect vehicle. They told us we could clear and return to Hillsboro, WI.

6.) At 7:03 PM, Juneau County contacted Vernon County Dispatch again. They stated the suspect vehicle had been located in Elroy, WI. The Elroy Officer was requesting assistance before he attempted to stop the vehicle. I was dispatched to the Elroy area and responded. I stopped in Union Center, as information given was the Elroy Officer was following the vehicle southbound on State Highway 80 toward Union Center out of Elroy.

7.) At 7:05 PM, I notified Vernon County Dispatch that I would be setting up road spikes just north of the Village of Union Center on State Highway 80. I angled my vehicle in the northbound lane, exited my vehicle, got the spike strips, and at that time Juneau County contacted Vernon County and advised they did not want the vehicle spiked. They said the traffic stop had not been initiated yet and the Elroy Officer was waiting for additional units prior to initiating the stop. Again, they reiterated they did not want road spikes used at this time on the suspect vehicle. I put the spikes back in my squad car and got back into my squad car.

8.) I saw a vehicle traveling southbound in the distance. It was the Elroy Police Officer activating his emergency lights. There were two vehicles between me and the Elroy Officer's squad car, a white car that was believed to be uninvolved. I then saw a red vehicle matching the description given. The white vehicle passed by my location and I still had my

---

*r_supp3*                                                                        Page 1



ARENZ0177

1)✰ **Case#:** 2016-0923       **Category:** Vehicle
   **Item ID:** 9466-14       **Description:** 2013 Lexus
                              **Date Recovered:** 08/14/2016
                              **Location:** IN: Monroe County => Impound      ✰

2) **Case#:** 2016-0923       **Category:** Weapon
   **Item ID:** 9466-15       **Description:** Pepperspray
                              **Date Recovered:** 08/17/2016
                              **Location:** IN: Monroe County => Impound bay-14

3) **Case#:** 2016-0923       **Category:** Electronics
   **Item ID:** 9466-16       **Description:** Cell Phone
                              **Date Recovered:** 08/17/2016
                              **Location:** IN: Monroe County => Impound bay-14

4) **Case#:** 2016-0923       **Category:** Drug Paraphernalia
   **Item ID:** 9466-17       **Description:** syringe
                              **Date Recovered:** 08/17/2016
                              **Location:** IN: Monroe County => Impound bay-14

5) **Case#:** 2016-0923       **Category:** Drug Paraphernalia
   **Item ID:** 9466-18       **Description:** Purse with injection kit inside (syringes, tourniquet, cooking containers)
                              **Date Recovered:** 08/17/2016
                              **Location:** IN: Monroe County => Impound bay-14

6) **Case#:** 2016-0923       **Category:** Drugs
   **Item ID:** 9466-19       **Description:** Container with small amount of Meth
                              **Date Recovered:** 08/17/2016
                              **Location:** IN: Monroe County => Impound bay-14

7) **Case#:** 2016-0923       **Category:** Drugs
   **Item ID:** 9466-20       **Description:** Container with small amount of marijuana residue
                              **Date Recovered:** 08/17/2016
                              **Location:** IN: Monroe County => Impound bay-14

8) **Case#:** 2016-0923       **Category:** Weapon
   **Item ID:** 9466-21       **Description:** pepperspray
                              **Date Recovered:** 08/17/2016
                              **Location:** IN: Monroe County => Impound bay-14

9) **Case#:** 2016-0923       **Category:** Electronics
   **Item ID:** 9466-22       **Description:** Cellphone from purse
                              **Date Recovered:** 08/17/2016
                              **Location:** IN: Monroe County => Impound bay-14

✰10) **Case#:** 2016-0923      **Category:** DVD
    **Item ID:** 9466-23      **Description:** Body Cam video from scene
                              **Date Recovered:** 08/15/2016
                              **Location:** IN: Monroe County => video File cabinet      ✰

✰11) **Case#:** 2016-0923      **Category:** DVD
    **Item ID:** 9466-24      **Description:** Photos
                              **Date Recovered:** 08/15/2016
                              **Location:** IN: Monroe County => video File cabinet      ✰

Submitted By: _____     DATE: _____

Received By: _____      DATE: _____

OO O13



ARENZ0105

Aug. 14. 2016  2:11PM    Vernon County Detention Center          No. 2875   P. 1

| User: MHOFF, | VERNON COUNTY SHERIFF'S OFFICE | 08/14/2016 14:25 |
|---|---|---|
| | BOOKING REPORT | |

**Active Hold**

| Booking # | | | Status | |
|---|---|---|---|---|
| 17210 | | | Active | |
| Date/Time | | Cell Location | | |
| 08/14/2016 08:15 | | MAIN, JAIL, E, 2A | | |
| Booking Officer | | Name ID | | |
| MCGREGOR, TROY W    (D24) | | 61431 | | |
| Fingerprint Officer | | Prior Bookings | | |
| N/A | | None | | |
| Search Officer | | | | |
| MCGREGOR, TROY W    (D24) | | | | |
| Fingerprint | | Security | | |
| N/A | | UN | | |
| Property Bins | | | | |
| PB090 | | | | |

### INMATE INFORMATION

| Name | | Local ID (Names) | |
|---|---|---|---|
| BYRD, LEWIS EDWARD | | 18148 | |
| Address | | Race | Sex |
| 1190 1119TH LN WN | | B | M |
| COON RAPIDS, MN 55448 | | Hair | Eye |
| | | BLD | BRO |
| DOB | Age | Height | Weight |
| ███ 1977 | 39 | 5'07 | 170 |
| SSN | Marital Status | | Time Lived In Area |
| 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 | Single,  0 Dependents | | Unk |
| Local ID (Jail) | SID | FBI # | |
| 18148 | N/A | N/A | |
| Juvenile | Country of Birth | | Citizenship |
| Adult | United States Of America | | United States Of America |
| Employer | | Religion | |
| Unemployed | | Unk | |
| Employer Address | | Employer Phone # | |
| N/A | | 608- | |
| Attorney | | Attorney Phone # | |
| Unk | | N/A | |
| AKA | | | |
| None | | | |
| Jail Alerts | | | |
| None | | | |

RECEIVED
AUG 1 5 2016
DISTRICT ATTORNEY
COUNTY OF VERNON

### CHARGES

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge Type | Status | Bond: Amount | Bond: Status | Bond: Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | 08/13/2016 | Zirk, William E | VCSO | PAROLE VIOLATION | 99XX | F | S | | ACTI | BODY |
| | 08/13/2016 | Zirk, William E | VCSO | RESISTING OR OBSTRUCTING AN OFFICER | 11 | M | S | | ACTI | BODY |
| | 08/13/2016 | Zirk, William E | VCSO | RECKLESS DRIVING ENDANGER SAFETY | 99XX | M | S | | ACTI | RECO |
| | 08/13/2016 | Zirk, William E | VCSO | VEHICLE OPERATOR FLEE ELUDE OFFICER | 28 | F | S | | ACTI | BODY |

### NOTES

Jail File # 18148

5 of 5

ARENZ0140