Exhibit

D

athena                12/20/2017 12:43:56 PM    PAGE    3/003
KC The Kennedy Center • 2700 W 9TH AVE, OSHKOSH WI 54904-7864

**BYRD, LEWIS E** (id #5546689, dob: █████ 1977)

### Orthopedic Surgery
Smoking Status: Never smoker
Occupation: oshkosh correctional facility
Marital status: Divorced
Do you feel safe?: Y
Able to Care for Self: Y
Alcohol intake: None
Illicit drugs: none
Hand Dominance: Right
If injured, is litigation ongoing?: Y (Notes: cival litigation pending, no lawyer. representing himself)

### Surgical History
Reviewed Surgical History

### Past Medical History
Reviewed Past Medical History
high blood pressure: Y

### Screening
None recorded.

### HPI
Patient presents today right elbow pain stemming from 2016. He had fractured it at the time of incarceration followed by twisting it. It is now a constant 7-8 out of 10 with limitation of movement. He has been on Tylenol and Naprosyn.

### ROS
Additionally reports: There were no complaint in HEENT, cardiological, respiratory, GI, GU, psychiatric, dermatological, neurological systems with musculoskeletal being right elbow pain.

### Physical Exam
Patient is a 40-year-old male.

Patient is a 40-year-old gentleman accompanied by 2 guards. He is right-hand dominant. Right elbow shows terminal flexion to 110 with extension lag of -35. I can bring him to -20 under protest. He lags in supination. He can externally rotate and supinate only 30° with pronation of 80. His elbow has no redness or erythema. He is tender over the antecubital fossa and the radial head itself. Collaterals are stable although he has discomfort to varus and valgus load. He is neurovascularly intact. He has no wrist pain to suggest a problem with the DRUJ; therefore, no x-rays are obtained of the wrist.

Images of the right elbow were ordered here at the Kennedy Center consisting of AP and lateral views. I interpreted and reviewed with the patient these findings. The findings would demonstrate a displaced nonunion of his radial head.

### Assessment / Plan
**1. Fracture of radial head**
  S52.121S: Displaced fracture of head of right radius, sequela
  • ELBOW RADIAL HEAD FRACTURE: REHAB EXERCISES

### Patient Instructions
At this point the option of debriding the nonunion and then obtaining bone graft from the hip and securing fixation is a risky option since this is 2 years out. I have recommended a radial head arthroplasty which would rectify the problem immediately. He has some arthritic changes starting a ready.

The risks and benefits of surgical intervention including infection, wound complication, non-healing and anesthetic risks were discussed. The nature of the pathology, non-surgical options, time off work, activity modifications and the surgery itself were detailed. Patient modification of risk factors including cessation of tobacco, hygiene and life style modification have been addressed. Patient has all questions answered and has requested that we proceed with the right radial head arthroplasty.

### Return to Office
None recorded.

### Encounter Sign-Off
Encounter signed-off by DAVIS C TSAI, MD, 12/18/2017.

Encounter performed and documented by DAVIS C TSAI, MD
Encounter reviewed & signed by DAVIS C TSAI, MD on 12/18/2017 at 4:17pm

*Exhibit 10*
*1 of 5*

RECEIVED DEC 20 2017 OSCI-HSU

# ASCENSION MERCY HOSPITAL

500 S. Oakwood Road Oshkosh, WI 54904 (920)-223-0100

DEPARTMENT OF RADIOLOGY

BYRD, LEWIS E

D.O.B: [redacted] 1977
AGE: 40
SEX: M
EXAM DATE: 12/15/17
LOC: M.RAD
Pt Ph#: 920-231-4010
MR#: 0000400150
ACCT# 003708624
Status: REG CLI

Ordered By: TANNAN MD, DILIP K

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 002755002 | MRI/ELBOW RT WO/CONTRAST | |

ELBOW RT WO/CONTRAST

CLINICAL INDICATION: Right elbow pain.

TECHNIQUE: Coronal T1 and fat saturated T2-weighted images, sagittal fat saturated T2 and axial proton density weighted and fat saturated T2-weighted images of the right elbow were obtained.

COMPARISON: Radiographs 11/20/2017, 11/22/2016.

RIGHT ELBOW FINDINGS:

Bones and elbow joint: Ununited intra-articular radial head fracture oriented in the coronal plane at the junction of the anterior and middle thirds, with slight (1 mm) medial displacement of the dominant fragment seen on axial images. There is faint degenerative signal change along the fracture margins shown on axial and sagittal images. Spurring and ossicle along the inferomedial surface of the medial humeral condyle. Mild spurring at the lateral humeral condyle and along the ulnohumeral articulation. No acute osseous abnormality identified. Slight elbow joint effusion.

Biceps, triceps, and brachialis tendons: Intact with normal signal characteristics.

Flexor and extensor forearm tendon origins: Intact.

Collateral ligaments: Radial collateral ligament, ulnar collateral ligament, and lateral ulnar collateral ligament appear intact.

Visualized aspects of the ulnar, median, and radial nerves: Normal appearance.

Soft tissues and musculature: Unremarkable.

RIGHT ELBOW IMPRESSION:
1. Ununited intra-articular right radial head fracture, corresponding to previous radiographs.
2. No ligament or tendon pathology identified at the right elbow.
3. Degenerative change

Brian A. Cole, MD
PAGE 1                    Signed Report Printed From PCI    (CONTINUED

RECEIVED DEC 26 2017 OSCI-HSU

Exhibit 10
2 of 5

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 3/2011)

WISCONSIN

# OFF-SITE SERVICE REQUEST AND REPORT

## REQUEST

| PATIENT NAME (Last, First, M.I.) | DOC # | DOB (mm/dd/yyyy) |
|---|---|---|
| Byrd, Lewis | 657840 | 06/22/1977 |

| REFERRED TO | CLINIC MEDICAL RECORD # | CLINIC / FACILITY | APPROPRIATE FOR TELEMEDICINE |
|---|---|---|---|
| Tsai | | MMC-Surgery | ☐ Yes  ☒ No |

RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS
R elbow pain

QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION
Rt elbow arthroplasty

RECEIVED JAN 02 2018 OSCI-HSU

*PLEASE FAX DICTATED NOTE AND ANY RADIOLOGY RESULTS TO (920) 236 2628*
NURSING TO ATTACH CURRENT LIST OF MEDICATIONS ALLERGIES AND DOC FORMULARY FOR ALL OFF-SITE CARE

### ADVANCED CARE PROVIDER TO SPECIFY DATA TO GO WITH PATIENT TO OFF-SITE

☐ PE/Progress Note Extracts   ☐ Medical Imaging   ☐ Other
☐ Lab Results   ☐ Old Records/Consult Extract

OUTPATIENT CONTACT DATE (mm/dd/yyyy): 1/2/2018   ☒ CLINIC   ☐ TELEMEDICINE
TIME: ☐ AM ☐ PM   OR   ADMISSION DATE (mm/dd/yyyy):

| REFERRED BY: | HSU | PHONE NUMBER | FAX NUMBER | DATE (mm/dd/yyyy): |
|---|---|---|---|---|
| Dr. D. Tannan | OSCI | 920-232-2657 | 920-236-2628 | 12/20/2017 |

### RECOMMENDED PLAN OF CARE

PRIMARY DIAGNOSIS / OTHER DIAGNOSES / PERTINENT HISTORY & OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:

See packet

RECOMMENDATIONS

**DO:**
- Dictate from Recommendations

**DO NOT:**
- Inform Patient of Upcoming Appointments
- Prescribe Comfort Measures Unrelated to your Specialty

FOLLOW-UP: ☐ CLINIC   ☐ TELEMEDICINE   ___ week(s)   ___ month(s)   ___ year

### INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE (Description Below)

☐ Class I   ☐ Class II   ☐ Class III-A   ☐ Class III-B   ☒ Class IV   ☐ Non-Surgical

PHYSICIAN NAME (Please Print)   PHYSICIAN SIGNATURE   DATE SIGNED
D. Tsai   1/2/18

HOSPITAL/ CLINIC NAME
MMC

TELEPHONE NUMBER
223-0122

DISTRIBUTION: Original – Medical Chart, Consultations Section, or Dental Record, Correspondence Section; Copy – Off-Site Provider's Medical Record

BYRD, LEWIS E (id #5546689, dob: ▮▮▮▮ 1977)

Marital status: Divorced
Do you feel safe?: Y
Able to Care for Self: Y
Alcohol intake: None
Illicit drugs: none
Hand Dominance: Right
If injured, is litigation ongoing?: Y (Notes: cival litigation pending, no lawyer. representing himself)

## Surgical History

Surgical History not reviewed (last reviewed 12/18/2017)
- Reconstruct head of radius - 01/02/2018 - Right radial head arthroplasty DCT

## Past Medical History

Past Medical History not reviewed (last reviewed 12/18/2017)
high blood pressure: Y

## Screening

None recorded.

## HPI

Patient is two-weeks status post right radial head arthroplasty. He has been out of the splint and sling. He reports baseline pain 0 out of 10 and with twisting 4 out of 10.

## ROS

**Additionally reports:** There were no complaint in HEENT, cardiological, respiratory, GI, GU, psychiatric, dermatological, neurological systems with musculoskeletal being right elbow pain.

## Physical Exam

Patient is a 40-year-old male.

Patient is a 40-year-old gentleman accompanied by 2 guards. Incision is clean, dry and intact. He is neurovascularly intact.

Images of the right elbow were ordered here at the Kennedy Center consisting of AP and lateral views. I interpreted and reviewed with the patient these findings. The findings would demonstrate no dislocation of the elbow and the radial head is in good position.

## Assessment / Plan

1. **Fracture of radial head**
   S52.121S: Displaced fracture of head of right radius, sequela
   - ELBOW RADIAL HEAD FRACTURE: REHAB EXERCISES

**Patient Instructions**
Simple flexion, extension, supination and pronation exercises were demonstrated and written down on his prison paperwork for them to allow him to do. I will see him in 1 month and we will begin strengthening then. He understands is a one-year process for him to obtain full range of motion. He will have posttraumatic arthrosis still in play as identified osteochondral defect on the humeral side which is still in play.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by DAVIS C TSAI, MD, 01/17/2018.

Encounter performed and documented by DAVIS C TSAI, MD
Encounter reviewed & signed by DAVIS C TSAI, MD on 01/17/2018 at 3:54pm

Exhibit 10
4 of 4