Exhibit

11

| STATE OF WISCONSIN | CIRCUIT COURT BRANCH 1 | VERNON COUNTY | FILED |
|---|---|---|---|

State of Wisconsin vs. Lewis E Byrd

**Judgment of Conviction**
Corrected
and Sentence to the
County Jail/Fine/Forfeiture
Case No. 2016CF000115

FILED
01-12-2018
Vernon County
Clerk of Circuit Court

Date of Birth: ▓▓▓▓-1977

The defendant was found guilty of the following offense(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 3 | [939.62(1)(a) Repeater] Reckless Driving-Cause Bodily Harm | 346.62(3) | Guilty | Misd. U | 08-13-2016 | | 04-05-2017 |

The defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Begin date | Begin time | Agency | Comments |
|---|---|---|---|---|---|---|---|
| 3 | 06-07-2017 | Costs | | | | | |
| 3 | 06-07-2017 | Local Jail | 9 MO | | | | Consecutive to Minnesota sentence. Concurrent to Ct 1 and Ct 2 |

**Obligation Detail:**

| Ct. | Schedule | Amount | Days to Pay | Due Date | Failure to Pay Action | Victim |
|---|---|---|---|---|---|---|
| 3 | DNA Analysis Surcharge | 200.00 | | | | |
| 3 | Misdemeanor Court Costs | 243.00 | | | | |

**Obligation Summary:**

| Ct. | Fine & Forfeiture | Court Costs | Attorney Fees | Joint and Several Restitution | Other | Mandatory Victim/Wit. Surcharge | 5% Rest. Surcharge | DNA Anal. Surcharge | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | 163.00 | | | 13.00 | 67.00 | | 200.00 | 443.00 |

**Total Obligations:** 443.00

**It is adjudged** that **235** days sentence credit are due pursuant to §973.155, Wisconsin Statutes.

☐ **It is ordered** that the Sheriff take the defendant into custody.

THIS IS A FINAL ORDER/JUDGMENT FOR PURPOSES OF APPEAL.

BY THE COURT:

**Distribution:**
Michael J. Rosborough, Reserve Judge
Timothy James Gaskell, District Attorney
Jeffrey C. Mochalski, Defense Attorney
County Sheriff

Electronically signed by Amy K Hanson
☐ Circuit Court Judge  ☐ Clerk  ☒ Deputy Clerk

January 12, 2018
Date

CR-204(CCAP), 05/2011 Judgment of ConvictionCorrected
This form shall not be modified. It may be supplemented with additional material.

§§ 303.08(5), 972.13, 972.14, Chapter 973, Wisconsin Statutes
Page 1 of 1

Exhibit 11