Exhibit 13

```
 1              THE COURT:  And whatever amendment of the
 2   charges that is reflected in this Amended Information,
 3   that's the only consideration you're getting here;
 4   right?
 5              THE DEFENDANT:  Yes.
 6              THE COURT:  You've had adequate time to
 7   discuss this with your attorney?
 8              THE DEFENDANT:  Yes.
 9              THE COURT:  You're satisfied with his
10   representation of you?
11              THE DEFENDANT:  Yes.
12              THE COURT:  And, Counsel, you're
13   satisfied that your client's pleas are made knowingly,
14   intelligently, and voluntarily being fully aware of the
15   possible consequences?
16              MR. MOCHALSKI:  I am.
17              THE COURT:  Mr. Byrd, do you understand
18   that if you're not a citizen of the United States your
19   plea could result in deportation, the exclusion of
20   admission to this country or the denial of
21   naturalization under federal law?
22              THE DEFENDANT:  Yes.
23              THE COURT:  You understand that as a
24   convicted felon you may not vote in any election until
25   your civil rights are restored?
```

(13)

Exhib.7 13

1 of 1