Exhibit 15

==Record of Handgun Qualification Attempt==

| | |
|---|---|
| OFFICER/STUDENT NAME: ==BRANDON ARENZ== | LESB INSTRUCTOR NAME: Matt White |
| AGENCY/ACADEMY NAME: HILLSBORO PD | DATE: ==6-19-14== TIME: 1521 ☑ TEST ☐ RETEST |
| LOCATION: RANGE | WEAPON MAKE & MODEL: GLOCK 22 | SERIAL NUMBER: SZF607 | AMMO TYPE: 40 |

INSTRUCTOR SIGNATURE: [signature]

INSTRUCTOR'S LESB FIREARM INSTRUCTOR CERTIFICATION EXPIRATION DATE: 9/1/15 expired

**ACHIEVED UNIVERSAL STANDARDS (ALL REQUIRED TO QUALIFY):**
- ☑ Always handles handgun safely.
- ☑ Performs proper draw and re-holster.
- ☑ Uses acceptable stance & grip.
- ☑ Verbalizes correctly.
- ☑ Uses cover whenever available.
- ☑ Uses tactical breathing & performs 360-degree scan following every shooting.
- ☑ Consistently follows range rules & instructor commands.

INSTRUCTOR NOTES:

**ACCURACY STANDARDS:** 16/18
- Must have ~~6/8 rds CNS on target zones A & B~~ 10/12 rounds in CNS and/or center chest (zones A & B)
- Must have 16/20 rounds in upper chest (target zone C)
- Must have 10/12 rounds in silhouette (target zone D)

**ACHIEVED ALL ACCURACY AND TIME STANDARDS:**
☑ YES  ☐ NO

Handgun Qualification Course – December 2013

# HILLSBORO POLICE DEPARTMENT
# BRANDON ARENZ
# HILLSBORO POLICE OFFICER

836 Prairie Avenue
PO Box 447
Hillsboro, WI 54634-0447
(608) 489-2800
Fax (608) 489-3450
hillspol@mwt.net



To Chief Richardson and the City of Hillsboro Council:

Ladies and gentlemen this letter serves as my resignation from the Hillsboro Police Department effective this date 9/18/2016. These past four plus years have been an adventure that I will not soon forget. It has been my pleasure to serve the residents of this city, and I hope that my time here has made a difference in this community. While it is with a heavy heart that I leave you, I thank you for the opportunity that the City of Hillsboro has provided to me and know that I will not forget the lessons that I have learned while in its employ. My only regret is that I could have done more and been a better officer to serve this city with highest class of law enforcement that it deserves.

Officer Brandon Arenz #175
Hillsboro Police Department

2 of 2

ARENZ0066