# Office of the Clerk
## United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

April 11, 2018

Lewis Edward Byrd, III #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903-3530

RE:   *Lewis Byrd v. Brandon Arenz,* 17-cv-191-jdp

Dear Mr. Byrd:

This will acknowledge receipt of your brief in opposition to defendant's motion for summary judgment, response to proposed findings of fact, proposed findings of fact and exhibits 1-15 filed in the above case. The court has docketed your submissions, however your response to proposed findings of fact is being returned to you because you did not sign it as required by Fed. R. Civ. P. 11(a). Please sign where indicated and promptly return the filing to the clerk's office.

PETER OPPENEER, Clerk of Court,


By:_____/s/_____
    Deputy Clerk

encl.
cc:   Attorney Jason Prochnow (w/o encl., via Electronic Court Filing)