OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Lewis Byrd #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh WI 54903

MILWAUKEE
WI 532
16 APR '18
PM 4 L



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

OFFICE OF THE CLERK — pro se
US DISTRICT COURT
120 N HENRY ST  STE 320
MADISON  WI  53703-9935