

A PROFESSIONAL ASSOCIATION

1300 AT&T TOWER • 901 MARQUETTE AVENUE SOUTH • MINNEAPOLIS, MN 55402
TELEPHONE: (612) 333-3637 • FACSIMILE: (612) 333-1030 • LINDJENSEN.COM

April 19, 2018

Peter Oppeneer
Clerk of Court
United States District Court for the
Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

**Re: Lewis E. Byrd III v. Brandon Arenz**
Case No.    17-CV-191-JDP
Our File     27186

Dear Mr. Oppeneer,

As part of my client's reply papers, we filed an unsigned Affidavit of Brandon Arenz in further Support of Defendant's Motion for Summary Judgment. Please note that my client, Officer Arenz, has confirmed with me that the information in the Affidavit is accurate. We expect to have his signed Affidavit filed with the Court in the next couple of days.

Respectfully yours,

Lind, Jensen, Sullivan & Peterson
A Professional Association

s/Jason R. Prochnow

Jason R. Prochnow
*jason.prochnow@lindjensen.com*

JRP/prc
Enclosures
c: Lewis E Byrd, III (by US mail)