UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lewis Edward Byrd, III, | Civil Action No: 17-CV-191-JDP |
| Plaintiff, | |
| v. | **AFFIDAVIT OF BRANDON ARENZ** |
| Brandon Arenz, | |
| Defendant. | |

STATE OF WISCONSIN    )
                      ) ss.
COUNTY OF  Sauk       )

Brandon Arenz, being first duly sworn upon oath, states and alleges as follows:

1. My name is Brandon Arenz. I submit this Affidavit in support of my motion for summary judgment.

2. I completed my annual statutory hand-gun recertifications on June 9, 2016, and again on June 14, 2017, and thus I was qualified to use the service weapon for the entire Fiscal Year of July 1, 2016 to June 30, 2017, which includes the date of this incident on August 13, 2016. See attached Exhibit 1, which is a true and correct copy of my Wisconsin Law Enforcement Standards Board Completed Training by Person Report including dates July 1, 2013 to June 15, 2017.

3.  My hand gun recertifications in 2016 and 2017 were maintained by a municipality other than City of Hillsboro, which is the reason it was not produced to Mr. Byrd with my City of Hillsboro service records.

**FURTHER YOUR AFFIANT SAYETH NOT.**

Dated: 4-20-18

Brandon Arenz

Subscribed and sworn to before me this 20th day of April, 2018.

Notary Public
My commission expires 12/13/19