# Completed Training By Person Report

Wisconsin Law Enforcement Standards Board
WI DOJ - Training and Standards Bureau

Reported by Acadis® Readiness Suite    04/18/2018

Name  Arenz, Brandon N
Dates  09/01/2012 - 06/15/2017

| Training | Start | End | Hours | Category | Student Status |
|---|---|---|---|---|---|
| LESB Handgun qualification course FY17 (7/1/16 - 6/30/17) | 06/14/2017 | 06/14/2017 | 1h 0m | Statutory Requirement - Annual Handgun Qualification | Event Complete |
| Taser Certification | 02/27/2017 | 03/27/2017 | 6h 0m | | Event Complete |
| Basic SWAT Class | 06/21/2016 | 06/24/2016 | 40h 0m | Advanced Skills | Event Complete |
| LESB Handgun qualification course FY16 (7/1/15 - 6/30/16) | 06/09/2016 | 06/09/2016 | 2h 0m | Statutory Requirement | Event Complete |
| Advanced Patrol Tactics (1 day) | 04/11/2016 | 04/11/2016 | 8h 0m | | Event Complete |
| American Heart Association BloodBorne Pathogen Training | 10/08/2015 | 10/15/2015 | 1h 0m | | Event Complete |
| Cardiopulmonary resuscitation (CPR) | 10/15/2015 | 10/15/2015 | 3h 0m | | Event Complete |
| Defensive and Arrest Tactics | 10/15/2015 | 10/15/2015 | 3h 30m | | Event Complete |
| Legal Update training | 10/15/2015 | 10/15/2015 | 2h 0m | | Event Complete |
| Vehicle Contacts training | 10/15/2015 | 10/15/2015 | 3h 30m | | Event Complete |
| RIFLE/SHOTGUN QUALIFICATION COURSE | 09/10/2015 | 09/10/2015 | 2h 0m | | Event Complete |
| LESB Handgun qualification course | 06/30/2015 | 06/30/2015 | 4h 0m | Statutory Requirement | Event Complete |
| Field Training Officer | 06/01/2015 | 06/05/2015 | 40h 0m | | Event Complete |
| DCI 2 week Drug Investigation School | 01/26/2015 | 02/06/2015 | 80h 0m | | Event Complete |
| ICAC Investigation School | 10/20/2014 | 10/24/2014 | 40h 0m | | Event Complete |
| Vernon County In-Service Training 2014 | 10/16/2014 | 10/16/2014 | 10h 30m | | Event Complete |
| Vernon County In-Service Training 2014 | 10/06/2014 | 10/06/2014 | 10h 30m | | Event Complete |
| Basic Drug ID | 08/08/2014 | 08/08/2014 | 8h 0m | | Event Complete |
| One Pot Meth Lab Recognition | 07/18/2014 | 07/18/2014 | 6h 0m | | Event Complete |
| Compliant FY14 (07/01/13-06/30/14)- 24HR LE/Tribal LE Officer Recert Training | 07/01/2013 | 06/30/2014 | 24h 0m | | Event Complete |



EXHIBIT 1