Lewis Byrd,          Case No. 17-cv-191-JdP
   Plaintiff,

V.

Brandon Arenz,
   Defendant.

## Motion to Dismiss Summary for Judgement

I'am writing this motion to dismiss Summary for Judgement and for the court to grant Judgement for the Plaintiff under Rule 37 for Defendents failure to disclose discovery. Mr. Byrd has made several attempts to get Defendents fire arms certifications. Mr. Byrd even filed a motion to compel Defendent to produce this discovery and the court denied Mr. Byrd's motion to compel. The Defendent claimed they had given Mr. Byrd all of Defendents fire arm qualifications. And now they are producing new discovery after Mr. Byrd has already filed his response to Defendents Summary for Judgement and proposed finding of facts based on the discovery given. A large part of Mr. Byrd's argument was based on defendents fire arms qualifications. Mr. Byrd would of had a different argument if the discovery he asked for was not withheld. Defendents failure to disclose discovery was out of Bad Faith and willful disregard. Defendents failure to produce the requested discovery and leading the plaintiff and the court to believe that they produced all the requested discovery and then produce it after Mr. Byrd filed his Brief in response to Summary for Judgement is flagrant Bad Faith and callous disregard of their responsibilities. Mr. Byrd has made every attempt to recieve these items. Mr. Byrd even filed a

motion to compel Defendent to produce such items and was told every thing was produced to mr. Byrd by the Defendent.

MR. Byrd Respectfully ask the court to dismiss Defendents motion for summary for Judgement for violation of Rule 26, 37(C)(1) and 37(B)(2C). And grant Judgement by default against Defendent and any other violations the court deems appropiate.

Dated: 4/23/18            Signed: Lewis E Byrd