Lewis Byrd #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI. 54903

MILWAUKEE WI 530
26 APR 2018 PM 9 L

FOREVER USA
Barn Swallow

U.S. District Court
120 North Henry Street, Rm 320
Madison, WI. 53703

53703-255995



This letter has been mailed from the WISCONSIN PRISON SYSTEM



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016