UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lewis Edward Byrd, III, | Civil Action No: 17-CV-191-JDP |
| Plaintiff, | |
| v. | **AFFIDAVIT OF JASON R. PROCHNOW** |
| Brandon Arenz, | |
| Defendant. | |

STATE OF MINNESOTA     )
                                           ) ss.
COUNTY OF HENNEPIN  )

Jason R. Prochnow, being first duly sworn upon oath, states and alleges as follows:

1. I am one of the attorneys representing Defendant Brandon Arenz in the above-entitled matter. I submit this Affidavit in support of Defendant's motion for summary judgment.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Motion to Compel dated March 19, 2018.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Request for Discovery seeking Defendant's firearm qualifications dated March 19, 2018.

4. That Plaintiff's Request for Discovery dated March 19, 2018 was Plaintiff's <u>first</u> formal discovery request seeking all of Defendant's firearm qualification records.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Jason R. Prochnow<br>
Jason R. Prochnow

Subscribed and sworn to before me
this 4th day of May, 20187.

s/Peggy Chapman
Notary Public
My Commission Expires Jan 31, 2020