Lewis Byrd,
    Plaintiff,

v.

Brandon Arenz,
    Defendant.

Case No. 17-CV-191-JdP

**EXHIBIT A**

## Motion to Compel Discovery

I am asking the court to compel Defendant to produce discovery. Defendant is withholding certain discovery that plaintiff is requesting. The discovery does exist, and plaintiff is asking and has been asking. Please compel the defendant to produce the following.

1) Photos of Mr. Byrd's vehicle located in the monroe county video file cabinet item ID: 9466-24

2) Body cam video from the scene located in the monroe county video file cabinet item ID: 9466-23

3) Accident reports and 3-D scans done by Investigator micheal marquardt.

4) Firearm recertification requirements for state of wisconsin police officers.

5) Reports of all psychiatric evaluations done on officer Arenz after the shooting of Byrd.

6) officer Arenz's Firearm certifications and recertifications starting from his date of hire as a police officer til the day he resigned.

7) Reports involving officer Arenz's resignation written by supervisors, internal affairs, or any one else involved, the sheriff, chief of police ect.

In mr. Byrd's resent discovery request he ask defendent for these items. Defendent claims that they do not have them or they don't exsist. Mr Byrd hopes that this court finds it as hard to believe as mr. Byrd does that in an officer involed shooting of an citizen and a citizen's vechile that there was not a single photo taken. They took photo's of officer Krugers squad car, but not of the citizen's vechile that was shot at eleven times, hit by eight bullets, and rearended by a squad car. And not a single photo, or reported video, or an interview with the officer involed with internal affairs. No crime scene reinactment reports. MR. Byrd feels defendent is with holding discovery, and respectfully ask the court to compel defendent to bring forth this discovery.

Dated: 3/19/18                    Signed: Lewis E Byrd

Lewis Byrd

Plaintiff,

v.

Brandon Arenz,

Defendant.

Case. No. 17-CV-191-JDP

RECEIVED
MAR 22 2018
27186
LIND JENSEN SULLIVAN PETERSON

Request for Discovery.

I am requesting the following items for discovery.

1.) All reports made of officer Arenz had with internal affairs

2.) Accident reinactment and 3-D scans of Mr. Byrd's and officer Krugers vechiles done by investigator Micheal Marquardt.

3.) Fire arm recertification requirments for the state of WI, police officers.

4.) Reports of psychiatric evaluations done of officer Arenz related to the shooting of mr. Byrd.

5.) All officer Arenz firearms qualifications.

EXHIBIT B

6.) Penalties for WI. officers who fail to comply with the annual firearm recertiscation requirments.

Dated: 3/19/18

Signed: Lewis Byrd