## AFFIDAVIT OF SERVICE BY U.S. MAIL

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Peggy Chapman of the County of Anoka, the State of Minnesota, being duly sworn, says that on May 4, 2018, she served the annexed:

**Defendant's Response to Plaintiff's Motion to Dismiss Defendant's Motio for Summary Judgment and Affidavit of Jason R. Prochnow**

on the party below-named in this action, by mailing each to said party thereof enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota directed to the following:

Lewis Edward Byrd, III
#657840
Oshkosh Correctional Institution
P. O. Box 3310
Oshkosh, WI 54903

I declare under penalty of perjury that everything I have stated in this document is true and correct.

/s/Peggy Chapman
Peggy Chapman