2786

Lewis Byrd,

  Plaintiff,

v.

Brandon Arenz,

  Defendant,

Case No. 17-CV-191-JDP

**EXHIBIT A**

## Motion to Compel Discovery

I am asking the court to compel Defendant to produce discovery. Defendant is withholding certain discovery that plaintiff is requesting. The discovery does exist, and plaintiff is asking and has been asking. Please compel the defendant to produce the following.

1) Photos of Mr. Byrd's vechicle located in the monroe county video file cabinet item ID: 9466-24

2) Body cam video from the scene located in the monroe county video file cabinet Item ID: 9466-23

3) Accident reports and 3-D scans done by Investigators micheal marquardt.

4) Firearm recertification requirments for state of wisconsin Police officers.

5) Reports of all psychiatric evaluations done on officer Arenz after the shooting of Byrd.

6) Officer Arenz's Firearm certifications and recertifications starting from his date of hire as a police officer til the day he resigned.

Case: 3:17-cv-00191-jdp   Document #: 87-1   Filed: 05/07/18   Page 2 of 2
Case: 3:17-cv-00191-jdp   Document #: 85-1   Filed: 05/04/18   Page 2 of 3
Case: 3:17-cv-00191-jdp   Document #: 61   Filed: 03/22/18   Page 2 of 2

7) Reports involving officer Arenz's resignation written by supervisors, internal affairs, or any one else involved, the sheriff, chief of police ect.

In mr. Byrd's resent discovery request he ask defendant for these items. Defendant claims that they do not have them as they don't exsist. Mr Byrd hopes that this court finds it as hard to believe as mr. Byrd does that in an officer involved shooting of an citizen and a citizen's vechile that there was not a single photo taken. They took photo's of officer Krugers squad car, but not of the citizen's vechile that was shot at eleven times, hit by eight bullets, and rearended by a squad car. And not a single photo, or reported video, or an interview with the officer involed with internal affairs. No crime scene reinactment reports. Mr. Byrd feels defendant is withholding discovery, and respectfully ask the court to compel defendant to bring forth this discovery.

Dated: 3/19/18            Signed: Lewis E Byrd