Lewis Byrd                                                    Case No. 17-cv-191-jdp
    Plaintiff,

v.

Brandon Arenz,
    Defendant.

RECEIVED MAR 22 2018 LIND JENSEN SULLIVAN PETERSON

Request for Discovery

I am requesting the following items for discovery.

1) All reports made of officer Arenz had with internal affairs

2) Accident reinactment and 3-D scans of Mr. Byrd's and officer Krugers vechiles done by investigators Micheal Marquardt.

3) Fire arm recertification requirements for the state of WI, police officers.

4) Reports of psychiatric evaluations done of officer Arenz related to the shooting of Mr. Byrd.

5) All officer Arenz firearms qualifications.

EXHIBIT B

6) Penalties for WI. officers who fail to comply with the annual firearm recertification requirments.

Dated: 3/19/18                                    Signed: Lewis Byrd