Lewis Byrd
    Plaintiff

v.

Brandon Arenz
    Defendent

Case No. 17-CV-191-JDP

DOC NO
REC'D/FILED
2018 MAY 14 AM 10: 37
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

RE: Motion to Dismiss summary for Judgement Dated 4/23/18. Copie enclosed.

Dear Clerk of Court.

I am writing to confirm if the court has recieved my motion to Dismiss Summary for Judgement Dated 4/23/18. I have not recieved any confirmation letter from the court confirming that this motion has been recieved and filed.

Dated: 5/9/18      Signed: Lewis E. Byrd

Case No. 17-CV-191-JDP