Lewis Byrd #657840
Oshkosh Correctional Inst.
P.O. Box 3310
Oshkosh, WI 54903

Office of the Court
U.S. District Court
120 North Henry St. Rm 320
Madison, WI. 53703