Lewis Byrd,
    Plaintiff,

v.

Brandon Arenz,
    Defendant.

Case No. 17-CV-191-JdP

## Motion to Compel Discovery

I am asking the court to compel Defendant to produce discovery. Defendant is withholding certain discovery that plaintiff is requesting. The discovery does exist, and plaintiff is asking and has been asking. Please compel the defendant to produce the following.

1) photos of Mr. Byrd's vehicle located in the monroe county video file cabinet item ID: 9466-24

2) Body cam video from the scene located in the monroe county video file cabinet. Item ID: 9466-23

3) Accident reports and 3-D scans done by Investigator micheal marquardt.

4) Firearm recertification requirements for state of wisconsin police officers.

5) Reports of all psychiatric evaluations done on officer Arenz after the shooting of Byrd.

6) officer Arenz's Firearm certifications and recertifications starting from his date of hire as a police officer til the day he resigned.