Exhibit 6

## Record of Handgun Qualification Attempt

| OFFICER/STUDENT NAME: | LESB INSTRUCTOR NAME: | | |
|---|---|---|---|
| BRANDON ARENZ | Matt White | | |
| AGENCY/ACADEMY NAME: | DATE: | TIME: | ☐ TEST |
| HILLSBORO PD | 6-19-14 | 1521 | ☐ RETEST |
| LOCATION: | WEAPON MAKE & MODEL: | SERIAL NUMBER: | AMMO TYPE: |
| RANGE | GLOCK 22 | 52F607 | 40 |

**INSTRUCTOR SIGNATURE:** [signature]

**INSTRUCTOR'S LESB FIREARM INSTRUCTOR CERTIFICATION EXPIRATION DATE:** 9/1/15  expired

### ACHIEVED UNIVERSAL STANDARDS (ALL REQUIRED TO QUALIFY):
- [x] Always handles handgun safely.
- [x] Performs proper draw and re-holster.
- [x] Uses acceptable stance & grip.
- [x] Verbalizes correctly.
- [x] Uses cover whenever available.
- [x] Uses tactical breathing & performs 360-degree scan following every shooting.
- [x] Consistently follows range rules & Instructor commands.

### ACCURACY STANDARDS:
16/18
- Must have [xx] 10/12 rounds in CNS and/or center chest (zones A & B)
- Must have 16/20 rounds in upper chest (target zone C)
- Must have 10/12 rounds in silhouette (target zone D)

### ACHIEVED ALL ACCURACY AND TIME STANDARDS:
[x] YES   ☐ NO

Handgun Qualification Course – December 2013

Page 14

ARENZ0067