LIND JENSEN SULLIVAN & PETERSON
ATTORNEYS AT LAW

April 19, 2018

Peter Oppeneer
Clerk of Court
United States District Court for the
Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53703

Re: **Lewis E. Byrd III v. Brandon Arenz**
Case No.    17-CV-191-JDP
Our File    27186

Dear Mr. Oppeneer,

As part of my client's reply papers, we filed an unsigned Affidavit of Brandon Arenz in further Support of Defendant's Motion for Summary Judgment. Please note that my client, Officer Arenz, has confirmed with me that the information in the Affidavit is accurate. We expect to have his signed Affidavit filed with the Court in the next couple of days.

Respectfully yours,

Lind, Jensen, Sullivan & Peterson
A Professional Association

s/Jason R. Prochnow

Jason R. Prochnow
*jason.prochnow@lindjensen.com*

JRP/prc
Enclosures
c: Lewis E Byrd, III (by US mail)

Exhibit 7
page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

Lewis Edward Byrd, III,　　　　　　　　　　Civil Action No: 17-CV-191-JDP

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**AFFIDAVIT OF**
　　　　　　　　　　　　　　　　　　　　　**BRANDON ARENZ**

Brandon Arenz,

　　　　Defendant.

STATE OF WISCONSIN　　　　)
　　　　　　　　　　　　　　) ss.
COUNTY OF _____　)

　　Brandon Arenz, being first duly sworn upon oath, states and alleges as follows:

　　1.　My name is Brandon Arenz. I submit this Affidavit in support of my motion for summary judgment.

　　2.　I completed my annual statutory hand-gun recertifications on June 9, 2016, and again on June 14, 2017, and thus I was qualified to use the service weapon for the entire Fiscal Year of July 1, 2016 to June 30, 2017, which includes the date of this incident on August 13, 2016. See attached Exhibit 1, which is a true and correct copy of my Wisconsin Law Enforcement Standards Board Completed Training by Person Report including dates July 1, 2013 to June 15, 2017.

Exhibit 7
Page 2 of 4

3. ==My hand gun recertifications in 2016 and 2017 were maintained by a municipality other than City of Hillsboro, which is the reason it was not produced to Mr. Byrd with my City of Hillsboro service records.==

**FURTHER YOUR AFFIANT SAYETH NOT.**

Dated: _____

_____
Brandon Arenz

Subscribed and sworn to before me
this _____ day of April, 2018.

_____
Notary Public
My commission expires

## Completed Training By Person Report

Wisconsin Law Enforcement Standards Board
WI DOJ - Training and Standards Bureau

Name Arenz, Brandon N
Dates 09/01/2012 - 06/15/2017

| Training | Start | End | Hours | Category | Student Status |
|---|---|---|---|---|---|
| LESB Handgun qualification course FY17 (7/1/16 - 6/30/17) | 06/14/2017 | 06/14/2017 | 1h 0m | Statutory Requirement - Annual Handgun Qualification | Event Complete |
| Taser Certification | 02/27/2017 | 03/27/2017 | 6h 0m | | Event Complete |
| Basic SWAT Class | 06/21/2016 | 06/24/2016 | 40h 0m | Advanced Skills | Event Complete |
| LESB Handgun qualification course FY16 (7/1/15 - 6/30/16) | 06/09/2016 | 06/09/2016 | 2h 0m | Statutory Requirement | Event Complete |
| Advanced Patrol Tactics (1 day) | 04/11/2016 | 04/11/2016 | 8h 0m | | Event Complete |
| American Heart Association BloodBorne Pathogen Training | 10/08/2015 | 10/15/2015 | 1h 0m | | Event Complete |
| Cardiopulmonary resuscitation (CPR) | 10/15/2015 | 10/15/2015 | 3h 0m | | Event Complete |
| Defensive and Arrest Tactics | 10/15/2015 | 10/15/2015 | 3h 30m | | Event Complete |
| Legal Update training | 10/15/2015 | 10/15/2015 | 2h 0m | | Event Complete |
| Vehicle Contacts training | 10/15/2015 | 10/15/2015 | 3h 30m | | Event Complete |
| RIFLE/SHOTGUN QUALIFICATION COURSE | 09/10/2015 | 09/10/2015 | 2h 0m | | Event Complete |
| LESB Handgun qualification course | 06/30/2015 | 06/30/2015 | 4h 0m | Statutory Requirement | Event Complete |
| Field Training Officer | 06/01/2015 | 06/05/2015 | 40h 0m | | Event Complete |
| DCI 2 week Drug Investigation School | 01/26/2015 | 02/06/2015 | 80h 0m | | Event Complete |
| ICAC Investigation School | 10/20/2014 | 10/24/2014 | 40h 0m | | Event Complete |
| Vernon County In-Service Training 2014 | 10/16/2014 | 10/16/2014 | 10h 30m | | Event Complete |
| Vernon County In-Service Training 2014 | 10/06/2014 | 10/06/2014 | 10h 30m | | Event Complete |
| Basic Drug ID | 08/08/2014 | 08/08/2014 | 8h 0m | | Event Complete |
| One Pot Meth Lab Recognition | 07/18/2014 | 07/18/2014 | 6h 0m | | Event Complete |
| Compliant FY14 (07/01/13-06/30/14)- 24HR LE/Tribal LE Officer Recert Training | 07/01/2013 | 06/30/2014 | 24h 0m | | Event Complete |



For Official Use Only

Exhibit 7
page 4 of 4

Page 1 of 1