Lewis Byrd # 657890
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI. 54903

U.S. District Court
120 N. Henry St. Rm. 320
Madison, WI. 53703