Lewis Byrd,
    Plaintiff,

Case No. 17CV-191-JdP

v.

Brandon Arenz,
    Defendant.

Dear clerk of court,

I am writing to ask why the above case is NOT posted on Lexis Nexis. I looked up the case and there are No cases found. The proper spelling of the Defendents last name is Arenz. There is one entry about a year ago with the miss spelling of defendents name being Arnez.

Please look into this issue as to why there are no entries on Lexis Nexis regarding this case.

Thank you.

Respectfully
Lewis Byrd
Lewis E. Byrd

5/17/18