Lewis Byrd # 657840  
Oshkosh Correctional Institution  
P.O. Box 3310  
Oshkosh, WI. 54903



U.S. District Court  
120 North Henry St., Rm. 320  
Madison, WI 53703

This letter has been mailed from the
WISCONSIN PRISON SYSTEM



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016