Lewis Byrd,

    Plaintiff,

DOC NO
REC'D/FILED

2018 MAY 23  AM 9: 44

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Case No. 17-CV-191-Jdp

V.

Brandon Arenz,

    Defendent.

## Request For Councel

  Plaintiff Lewis Byrd is asking the court to request councel on mR. Byrd's behalf. (1) mR. Byrd is unable to afford councel, mR. Byrd is an inmate at the Oshkosh correctional Institution. (2.) This is an officer involved shooting case, and becuuse mR. Byrd is an inmate he may have difficulty fending for himself severly compromising his chances to persuad a Jury with his testimony against the testimony of an ex-police officer. (3.) The presence of councel will make a difference in the outcome, councel will be able to present evidence and exhibits better, cross examine witnesses, and speak to the jury without them having a possable negative view of mR. Byrd because he is an inmate.

Dated: 5/17/18

Signed: Lewis Byrd