Lewis Byrd # 657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI. 54903



U.S. District Court
120 North Henry St., Rm. 320
Madison, WI. 53703

This letter has been mailed from the
WISCONSIN PRISON SYSTEM



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016