# Office of the Clerk

## United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

May 24, 2018

Lewis Byrd, #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903

Re: 17-cv-191-jdp; Byrd v. Arenz

Dear Mr. Byrd:

This will acknowledge your letter dated May 17, 2018, in which you ask why the above referenced case is not available on LexisNexis.

This court has little control over what documents are included in online databases, including LexisNexis. LexisNexis is owned and operated independently of this court and the United States Judiciary.

PETER OPPENEER, Clerk of Court,

By:___/s/_____
        Deputy Clerk

cc: Attorney Prochnow (via CM/ECF)