Lewis Byrd,
    Plaintiff,

Case No. 17-CV-191-Jdp

V.

Brandon Arenz,
    Defendent.

Dear clerk of court,

    I am writing to confirm that the court recieved my two latest motions. (1) my response to defendents response to my motion to dismiss summary Judgment Dated 5/12/18, and (2) my motion to request councel. I have not recieved any confirmation that you recieved these items.

Dated: 5/30/18      Signed: Lewis Byrd