Lewis Byrd #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh WI, 54903



U.S. District Court

120 North Henry Street, Rm 320

Madison, WI. 53703



016H26514820
$01.16
05/31/2018
Mailed From 54901
US POSTAGE

This letter has been mailed from the
WISCONSIN PRISON SYSTEM



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016