# Office of the Clerk

United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

June 4, 2018

Lewis Byrd, #657840
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903

    Case no. 17-cv-191-jdp; Byrd v. Arenz

Dear Mr. Byrd:

    This will acknowledge receipt of your letter dated May 30, 2018, requesting verification that the court has received your recent filings.

    A courtesy copy of the last two pages of the docket sheet showing all the documents that have been filed since April 20, 2018 is enclosed with this correspondence. Please be aware that it is not the practice of this court to send verification to litigants when filings are received and docketed by the clerk's office. If you wish to receive confirmation that the court received a particular filing, please enclose an additional copy of your document (or the first page of the document) and a self-addressed stamped envelope. The clerk will stamp the extra copy as received and return it to you in the envelope you provided.

    You are encouraged to use the prisoner e-filing program at your institution to transmit filings to this court. After the filings are scanned and e-mailed to the court, the original documents are returned to you with verification that the documents have been filed. Another copy of the program materials are enclosed for your reference.

                         PETER OPPENEER, Clerk of Court,

                         By:___/s/_____
                              Deputy Clerk

encl.

cc:    Attorney Prochnow (via CM/ECF without encl.)